IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS LEE SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| FRANKFORD TOWNSHIP, et al | : |
| Defendants. | : |

### O R D E R

WHEREAS, the above-captioned matter has been pending with no activity for over eight (8) months;

WHEREAS, Counsel for Plaintiff filed a Motion To Withdraw As Counsel (D.I. 98);

IT IS HEREBY ORDERED that a Status Conference will be held on **Wednesday, June 8, 2005 at 12:30 p.m.**, in Courtroom 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

April 25, 2005
DATE

[signature]
UNITED STATES DISTRICT JUDGE