IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

DENNIS SMITH                    )
    Plaintiff,              )
vs.                             ) Case No. 98-639 JJF
EX-POLICE CHIEF GUY D.          )
BAYNARD, et al.                 )
    Defendants.             )

O R D E R

At Wilmington this __8__ day of June, 2005,

IT IS ORDERED that Leonard L. Williams, Delaware Counsel No. 775 may enter his withdrawal as local counsel for the plaintiff in the above captioned matter effective this date.

_____
JUDGE