IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS SMITH, :
:
     Plaintiff, :
:
v. : C.A. No. 98-639 JJF
:
GUY D. BAYNARD, et al., :
:
     Defendants. :

### O R D E R

WHEREAS, pending before the Court is the Motion To Strike filed by Defendant Guy D. Baynard (D.I. 95);

WHEREAS, on June 8, 2005, the Court held a Status Conference;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Strike (D.I. 95) is **GRANTED** with Plaintiff granted leave to file a motion for reconsideration within 30 days from the date of this Order.

June 9, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE