IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS SMITH, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 98-639 JJF |
| GUY D. BAYNARD, et al., | : | |
| Defendants. | : | |

### ORDER

WHEREAS, by its June 9, 2005, Order (D.I. 101), the Court granted the Motion to Strike filed by Defendant Guy D. Baynard (D.I. 95) and granted Plaintiff leave to file a motion for reconsideration within 30 days;

WHEREAS, on June 30, 2005, Plaintiff filed a letter requesting an additional 30 days to file his motion for reconsideration (D.I. 102);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall have 60 days from the date of the Court's June 9, 2005, Order (D.I. 101) to file a motion for reconsideration of the Order.

July 8, 2005
DATE

UNITED STATES DISTRICT JUDGE