# AKIN & HERRON, P.A.

### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

———————————

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

October 10, 2005

**VIA E-MAIL**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

> **RE:** **Dennis Smith v. Frankford Township, et al.**
> **C.A. No. 98-639-JJF**

Dear Judge Farnan:

I write in response to the Court's request for a status report.

Recently, Jeffrey Martin informed me that he does not intend to represent Mr. Smith in this case. I have not been contacted by other attorneys regarding potential representation of Mr. Smith.

Respectfully submitted,
/s/ Bruce C. Herron
Bruce C. Herron
Attorney for Defendants

BCH:tad

cc: United States District Court Clerk (via first class mail)
Mr. Dennis Smith (via first class mail)

bcc: Mr. Scott Schmidt, Scottsdale Insurance Company (w/encl.)
     (via fax only to 480-483-6752) Claim No.: 584456-63

H:\mw5\data\files\Docs\3434.000\CORR\2748.wpd