RECEIVED 2005

**Dennis L. Smith**
**P. O. Box 311**
**Selbyville, DE 19975**

October 29, 2005

<u>Certified Mailed to</u> Attorney Bruce C. Herron's office and to Judge Joseph J. Farman, Jr., of the United States District Court District of Delaware

| | |
|---|---|
| To: Attorney Bruce C. Herron, Esq.<br>Akin & Herron, P.A.<br>1220 North Market Street, #300<br>P. O. Box 25047<br>Wilmington, DE 19899<br>7002 0510 0001 8216 9433 | To: Judge Joseph J. Farman, Jr.<br>Office of the Clerk<br>United States District Court<br>844 N. King Street, Lockbox 18<br>Wilmington, DE 19801-3570<br>7002 0510 0001 8216 9464 |

<u>Re</u>: Judge Joseph J. Farman, Jr's letter dated October 7, 2005

Dear Attorney Herron and Judge Joseph J. Farman, Jr.:

After receiving Judge Joseph J. Farman, Jr's letter on October 27, 2005, I called to the court and informed the court that I had just received the Judge's letter concerning the status of Smith v. Baynard, et al., case No. 98-639-JJF. The fact is, the town of Selbyville's post office does not always place my mail in my correct P. O. Box 311. I check for my mail approximately every four days, but Judge Farman, Jr's letter is dated October 7, 2005.

Attorney Williams said that I have a winnable case, and he is assisting me in locating another attorney. Attorney Jeffrey K. Martin told Attorney Williams that he would be interested in representing me in the U.S. Federal Court for the District of Delaware against Frankford Township. Therefore, Attorney Williams and I met with Attorney Jeffrey K. Martin. Later, after approximately two months, Attorney Martin has now indicated that his office does not wish to represent me in this matter, because for one reason he thinks the potential recovery would not justify their firm's involvement. I am presently trying to retain another attorney.

For approximately seven (7) years I have had different attorneys on this civil rights case, while continuing to suffer mental anguish and mental distress from the actionable negligence and/or negligence initiated by Frankford Township's police officer Guy D. Baynard. I will not say much more here without an attorney. But, I will keep in mind Rosa Parks who refused to give up her seat. Although to some it may look like a small matter, in Rosa Parks' heart it was a very big matter. We all now know just how big. Likewise, in my civil rights case, it may look like a small matter, to some, but in my heart it is a very big matter. Furthermore, if I quit now, what was the point of Rosa Parks to me? Rosa Parks clearly taught that quitting is not an option.

This case has cost me a lot of money, and it has been long and hard, but I refuse to quit for myself and other as did Rosa Parks. Therefore, I will continue to look for another attorney to get this case in front of a jury, because of the constitutional guarantee of " equal protection of the laws." Although I am Black, I am a citizen of the United States.

By certified mail, as above mentioned, I have sent two of these letters to Attorney Bruce C. Herron's office and two of these letters to Judge Joseph J. Farman, Jr's office.

Thank you.

Respectfully submitted,

Dennis L. Smith

cc: Attorney Leonard L. Williams office.
7002 0510 0001 8216 9440

Dennis L. Smith
P. O. Box 311
Selbyville, DE 19975

October 29, 2005

**Certified Mailed** to Attorney Bruce C. Herron's office and to Judge Joseph J. Farnan, Jr., of the United States District Court District of Delaware

| | |
|---|---|
| To: Attorney Bruce C. Herron, Esq.<br>Akin & Herron, P.A.<br>1220 North Market Street, #300<br>P. O. Box 25047<br>Wilmington, DE 19899<br>7002 0510 0001 8216 9433 | To: Judge Joseph J. Farnan, Jr.<br>Office of the Clerk<br>United States District Court<br>844 N. King Street, Lockbox 18<br>Wilmington, DE 19801-3570<br>7002 0510 0001 8216 9464 |

Re: Judge Joseph J. Farnan, Jr's letter dated October 7, 2005

Dear Attorney Herron and Judge Joseph J. Farnan, Jr.:

After receiving Judge Joseph J. Farnan, Jr's letter on October 27, 2005, I called to the court and informed the court that I had just received the Judge's letter concerning the status of Smith v. Baynard, et al., case No. 98-639-JJF. The fact is, the town of Selbyville's post office does not always place my mail in my correct P. O. Box 311. I check for my mail approximately every four days, but Judge Farnan, Jr's letter is dated October 7, 2005.

Attorney Williams said that I have a winnable case, and he is assisting me in locating another attorney. Attorney Jeffrey K. Martin told Attorney Williams that he would be interested in representing me in the U.S. Federal Court for the District of Delaware against Frankford Township. Therefore, Attorney Williams and I met with Attorney Jeffrey K. Martin. Later, after approximately two months, Attorney Martin has now indicated that his office does not wish to represent me in this matter, because for one reason he thinks the potential recovery would not justify their firm's involvement. I am presently trying to retain another attorney.

For approximately seven (7) years I have had different attorneys on this civil rights case, while continuing to suffer mental anguish and mental distress from the actionable negligence and/or negligence initiated by Frankford Township's police officer Guy D. Baynard. I will not say much more here without an attorney. But, I will keep in mind Rosa Parks who refused to give up her seat. Although to some it may look like a small matter, in Rosa Parks' heart it was a very big matter. We all now know just how big. Likewise, in my civil rights case, it may look like a small matter, to some, but in my heart it is a very big matter. Furthermore, if I quit now, what was the point of Rosa Parks to me? Rosa Parks clearly taught that quitting is not an option.

This case has cost me a lot of money, and it has been long and hard, but I refuse to quit for myself and other as did Rosa Parks. Therefore, I will continue to look for another attorney to get this case in front of a jury, because of the constitutional guarantee of " equal protection of the laws." Although I am Black, I am a citizen of the United States.

By certified mail, as above mentioned, I have sent two of these letters to Attorney Bruce C. Herron's office and two of these letters to Judge Joseph J. Farnan, Jr's office.

Thank you.

Respectfully submitted,

Dennis L. Smith

cc: Attorney Leonard L. Williams office.
7002 0510 0001 8216 9440