

Dennis L. Smith
P.O. Box 316
Selbyville, DE 1997

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7002 0510 0001 8236 9464

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

$4.05
NOV 03 '05
SELBYVILLE, DE
AMOUNT
U.S. POSTAGE
PAID