IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS LEE SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| FRANKFORD TOWNSHIP, et al | : |
| Defendants. | : |

### O R D E R

WHEREAS, by letter dated October 29, 2005, Plaintiff notified the Court that he is trying to retain counsel;

WHEREAS, to date, counsel has not entered appearance on behalf of Plaintiff;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall notify the Court, within sixty (60) days of the date of this order, whether he has retained counsel or whether he intends to proceed pro se.

December 16, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE