IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DENNIS LEE SMITH,                :
                                 :
       Plaintiff,             :
                                 :
  v.                             : Civil Action No. 98-639-JJF
                                 :
FRANKFORD TOWNSHIP, et al        :
                                 :
       Defendants.            :

**O R D E R**

WHEREAS, by Order dated December 16, 2006, the Court allowed Plaintiff 60 days to seek new counsel or notify the Court that he wishes to proceed pro se;

WHEREAS, by letter received February 15, 2006, Plaintiff notified the Court that he wants to proceed pro se in this action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Pretrial Conference will be held on **Thursday, June 8, 2006 at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel

and Plaintiff should be available during the 120 day period for trial.

April 13, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE