IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS SMITH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-639-JJF |
| | ) | |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) ) | |
| | ) | |
|    Defendants. | ) | |

**<u>DEFENDANT'S PROPOSED VOIR DIRE</u>**

Defendant, pursuant to D. Del. L.R. 47.1(a), submits the following proposed questions to be asked of the jurors during voir dire in addition to the Court's standard questions:

1. Have you, a friend or family member ever made a claim against a police officer or municipality for an improper or false arrest?

2. Have you, a friend or family member ever had an experience with a police officer or a police department in which there was a claim or suggestion that the police did not act properly in some fashion?

3. Have you had any experience with a police officer which would affect your ability to render a fair and impartial verdict in a case involving the actions of a police officer?

        **AKIN & HERRON, P.A.**

        <u>/s/Bruce C. Herron</u>
        Bruce C. Herron, Esquire
        Akin & Herron, P.A.
        1220 N. Market Street, Suite 608
        Wilmington, DE   19801
        I.D. No. 2315
        (302) 427-6987
        Attorney for Defendant

Dated: June 5, 2006

H:\tmw5\data\files\Docs\3434.000\VOD\4554.wpd