IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   C.A. No. 98-639-JJF |
| | ) |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 5th day of June, 2006, a copy of **DEFENDANT'S PROPOSED JURY INSTRUCTIONS, DEFENDANT'S PROPOSED VOIR DIRE, DEFENDANT'S PROPOSED PRE-TRIAL ORDER AND DEFENDANT'S SPECIAL FORM OF VERDICT** were served via Lexis/Nexis File and mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

                                **AKIN & HERRON, P.A.**

                                /s/Bruce C. Herron
                                Bruce C. Herron, Esquire
                                Akin & Herron, P.A.
                                1220 N. Market Street, Suite 608
                                Wilmington, DE  19801
                                I.D. No. 2315
                                (302) 427-6987
                                Attorney for Defendant

H:\tmw5\data\files\Docs\3434.000\NOS\4555.wpd