IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DENNIS SMITH,                      )
                                   )
    Plaintiff,                     )
                                   )
    v.                             )     C.A. No. 98-639-JJF
                                   )
EX-POLICE CHIEF GUY D.             )
BAYNARD,                           )
                                   )
    Defendants.                    )

### NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 5<u>th</u> day of June, 2006, a copy

of **DEFENDANT'S PROPOSED JURY INSTRUCTIONS, DEFENDANT'S PROPOSED**

**VOIR DIRE, DEFENDANT'S PROPOSED PRE-TRIAL ORDER AND DEFENDANT'S**

**SPECIAL FORM OF VERDICT** were served via Lexis/Nexis File and

mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

                       **AKIN & HERRON, P.A.**


                       /s/Bruce C. Herron
                       Bruce C. Herron, Esquire
                       Akin & Herron, P.A.
                       1220 N. Market Street, Suite 608
                       Wilmington, DE   19801
                       I.D. No. 2315
                       (302) 427-6987
                       Attorney for Defendant

H:\tmw5\data\files\Docs\3434.000\NOS\4555.wpd