# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

June 5, 2006

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

    **RE:** **Dennis Smith v. Ex-Police Guy D. Baynard**
         **C.A. No. 98-639-JJF**

Dear Judge Farnan:

    Enclosed are copies of a Proposed Pre-Trial Order and Defendant's Proposed Jury Instructions. I previously forwarded these documents to Mr. Smith. I have not heard from Mr. Smith in regard to plaintiff's input.

                      Respectfully submitted,
                      /s/ Bruce C. Herron
                      Attorney for Defendant

BCH:tad
Enclosures
cc:  United States District Court Clerk (w/encl.)
     (via first class mail)
     Mr. Dennis Smith (w/encl.) (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\4553.wpd