# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON
_____

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE 19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

June 29, 2006

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

> RE:  **Dennis Smith v. Frankford Township, et al.**
>      **C.A. No. 98-639-JJF**

Dear Judge Farnan:

The June 8, 2006 Pre-Trial Conference in the above matter was postponed at Mr. Smith's request.  Since June 8 I have discussed the possibility of settlement with Mr. Smith.

We both agree that a mediation with Judge Thynge could be helpful.  We therefore request that Your Honor refer this matter to the United States Magistrate pursuant to 28 U.S.C. § 636 to explore the possibility of settlement.  I note there has been no prior referral for mediation during the long history of this case.

Respectfully submitted,
/s/ Bruce C. Herron
Bruce C. Herron
Attorney for Defendant

BCH:tad
cc:  Dennis Smith (<u>pro se</u>) (via first class mail)
     United States District Court Clerk (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\4785.wpd

bcc: Dennis Schrader, Esquire (via fax only)


bps: Dennis,

    Mr. Smith mentioned that he spoke to you about the sign issue in the Chancery Court case.  He would like to get that resolved along with the Federal action.  Please give me a call to discuss this when you get a chance.