IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS LEE SMITH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 98-639 JJF |
| | : | |
| TOWN OF FRANKFORD, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

WHEREAS, per letter dated June 29, 2006, the parties agree that mediation would be helpful in this matter;

NOW THEREFORE, IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 636(b), this matter is referred to Magistrate Judge Thynge for the purposes of exploring the possibility of a settlement. The parties shall file a status report with the Court every 60 days beginning **September 11, 2006**.

July 13, 2006
DATE

_[signature]_
UNITED STATES DISTRICT JUDGE