# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

DENNIS LEE SMITH,                         :
                                          :
                    Plaintiff,            :
                                          :
        v.                                :        Civil Action No. 98-639-JJF
                                          :
TOWN OF FRANKFORD, et al.,                :
                                          :
                    Defendants.           :

## ORDER

At Wilmington this **22nd** day of **August, 2006**.

IT IS ORDERED that the teleconference scheduled for September 22, 2006 at 9:30 a.m. with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Monday, October 30, 2006 at 9:00 a.m.  Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE