# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

DEBORAH C. SELLIS

1220 N. MARKET STREET
SUITE 300
P. O. BOX 25047
WILMINGTON, DELAWARE  19899
(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

September 18, 2006

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

    RE:  **Dennis Smith v. Frankford Township**
          **C.A. No. 98-639-JJF**

Dear Judge Farnan:

    Pursuant to the Court's Order of July 13, 2006 this is Defendant's Status Report.

    A teleconference with Magistrate Judge Thynge to discuss mediation has been scheduled for Monday, October 30, 2006 at 9:00 a.m.  A copy of Judge Thynge's Order is enclosed.

                              Respectfully submitted,
                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Attorney for Defendant

BCH:tad
Enclosure
cc:  U.S. District Court Clerk (w/out encl.)
     Mr. Dennis Smith (w/out encl.)

H:\tmw5\data\files\Docs\3434.000\CORR\5294.wpd