# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

DENNIS LEE SMITH,                          :
                                           :
                    Plaintiff,             :
                                           :
        v.                                 :    Civil Action No. 98-639-JJF
                                           :
TOWN OF FRANKFORD, et al.,                 :
                                           :
                    Defendants.            :

## ORDER

At Wilmington this **25th** day of **October, 2006**.

IT IS ORDERED that the teleconference scheduled for October 30, 2006 at 9:00 a.m. with U.S. Magistrate Judge Mary Pat Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been rescheduled to **Friday, January 5, 2007 at 8:30 a.m. Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE