IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS LEE SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| TOWN OF FRANKFORD, et al., | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **3rd** day of **January, 2007**.

IT IS ORDERED that the teleconference scheduled for Friday, January 5, 2007 at 8:30 a.m. with U.S. Magistrate Judge Mary Pat Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences has been cancelled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE