Dennis L. Smith
P. O. Box 311
Selbyville, DE 19975

February 23, 2007

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801 -3570
**Certified Mail** – 7005 0390 0005 8278 8444

Re: **STATUS REPORT,** for Judge Joseph J. Farnan, Jr, concerning his letter dated February 20, 2007, and his status report order dated July 13, 2006, which states, " ... status report with the Court **every 60 days** beginning September 11, 2006." All just mentioned, concerns Civil Action No. 98 – 639 – JJF.

Dear Judge Joseph J. Farnan, Jr,.:

Bruce C. Herron, Esq., and I ( Mr. Dennis L. Smith) have engaged in settlement discussion on February 22, 2007, at Attorney Herron's law office.

At this time, Bruce C. Herron, Esq., and I ( Mr. Dennis L. Smith) agreed to continue with settlement discussion / private mediation. Also, I agreed to send Attorney Herron a copy of my November 9, 1996, video tape / evidences.

Respectfully, Submitted,

Dennis L. Smith

Cc: Bruce C. Herron, Esq. **Certified Mail** – 7005 0390 0005 8278 8406



Dennis L. Smith
P.O. Box 311
Selbyville, DE 19975

U.S. POSTAGE PAID
SELBYVILLE, DE 19975
FEB 24, '07
AMOUNT $4.64

CERTIFIED MAIL
7005 0390 0005 8278 8444

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

RETURN RECEIPT REQUESTED