# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

February 28, 2007

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

    RE: **Dennis L. Smith v. Ex-Police Chief Guy D. Baynard**
           **C.A. No. 98-639-JJF**

Dear Judge Farnan:

    This is Defendant's Status Report as requested by the Court's letter of February 20, 2007.

    I met with Mr. Smith last week to discuss possible settlement, as well as the option of private mediation. My clients are willing to consider private mediation. I believe the input of a neutral party would be helpful. I have forwarded my clients' written settlement proposal to Mr. Smith.

    Based on the Court's Order of February 9, 2004 (D.I. 88) the only remaining defendant is Ex-Police Chief Baynard and plaintiff's only remaining claims are for false arrest. If we are unable to resolve the case in the next few weeks it is unlikely the case can be settled. Defendant therefore requests that the Court set a trial date with respect to the remaining claims.

                                      Respectfully submitted,
                                      /s/ Bruce C. Herron
                                      Bruce C. Herron
                                      Attorney for Defendant

BCH:tad
cc: U.S. District Court Clerk (via first class mail)
     Mr. Dennis Smith (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\6878.wpd