IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS LEE SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No.98-639-JJF |
| GUY D. BAYNARD, Individually and as Agent of Frankford Township, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, by letter, Bruce Herron, attorney for Defendant, requests that the Court set a trial date with respect to the remaining claims (D.I. 124);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Final Pretrial Conference will be held on **Thursday, May 10, 2007 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.4 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel and Plaintiff should be available during the 120 day period for trial.

March 30, 2007
DATE

UNITED STATES DISTRICT JUDGE