Dennis L. Smith
P. O. Box 311
Selbyville, DE 19975

May 2,, 2007

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801 -3570

**Hand delivered**

Re: STATUS REPORT, for Judge Joseph J. Farnan, Jr, concerning Civil Action No. 98 – 639 – JJF.

Dear Judge Joseph J. Farnan, Jr,.:

Bruce C. Herron, Esq., and I ( Mr. Dennis L. Smith) have engaged in settlement discussion on February 22, 2007, and on May 4, 2007 at Attorney Herron's law office, we will view my November 9, 1996, video tape / evidence and continue the hope for settlement..

Respectfully, Submitted,

_[signature]_
Dennis L. Smith

Cc: Bruce C. Herron, Esq. **Hand delivered**

Received by _____    date _____