# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

DENNIS SMITH
    PLAINTIFF          )
                              )

V.                          )
                              )

EX - POLICE CHIEF GUY D. BAYNARD, )
INDIVIDUALLY AS AGENT OF        )
FRANKFORD TOWNSHIP          )
    AND                 )
FRANKFORD POLICE DEPARTMENT   )
    AND                 )
JESSE TRUITT, INDIVIDUALLY AND AS )
COUNCILMAN AND POLICE       )
COMMISSIONER, AND AGENT FOR   )
FRANKFORD TOWNSHIP          )
    AND                 )
ALBERT OLIVER, INDIVIDUALLY AND  )
AS COUNCILMAN, AND AGENT FOR  )
FRANKFORD TOWNSHIP          )
    AND                 )
STEVEN C. BROUGHT, INDIVIDUALLY AND )
AS FORMER COUNCILMAN PRESIDENT, )
AND AS AGENT FOR FRANKFORD   )
TOWNSHIP                  )
    AND                 )
KENNETH LYNCH, INDIVIDUALLY   )
AND COUNCILMAN AND AS AGENT FOR )
FRANKFORD TOWNSHIP          )
    AND                 )
THOMAS W. ESENDER, INDIVIDUALLY )
AND AS FORMER COUNCILMAN    )
PRESIDENT, AND AS AGENT FOR   )
FRANKFORD TOWNSHIP          )
    AND                 )
THEODORE ELSER, INDIVIDUALLY AND )
AS COUNCILMAN, AND AS AGENT FOR )
FRANKFORD TOWNSHIP          )

— Original —

Case No. **98 - 00639 JJF**

**"Multiple"**
**"Federal Question(s)"**

**28 U.S.C.A.  §   1331.**



DEFENDANTS                          )
                                    )

## "Notice of Motion"

To; The "Clerk" of the "Court"
To; The Unequivocal culpable / liable  Scottsdale Insurance Co.
To; Robert Daisey {Current Incumbent / Viable}
President / Mayor of Town of Frankford, Del.
To; The Honorable; U.S. 03rd Judicial Circuit of Appeal(s)
Chief Justice Anthony J. Scirica
& Circuit Justice Hon. David H. Souter of
The Ultimate Elite ,   "09 in Our Nation'(s)
Capital ;

## "Motion"
## For
## "Summary  Judgment"

Synonymous & Pursuant, Heretofore - Hereunder; Rule 56. Of  the

Honorable Federal Rule(s) of   Civil Procedure(s).   In this far - far over - due still

viable / still - pending ;   Civil Action No. **98- 00639JJF**

Before the "Illustrious - "Eminent," "Apex", Unprecedented Hon. Joseph J.

Farnan of Suite No. 4124 of this High / Federally Owned & Operated Court of

Law;   This Substantive, {Main} "Motion "S H A L L  be  at all

"D e l i b e r a t e - " S P E E D, BE  OFFICIALLY - Legally,

### "G R A N T E D", IN THE LAWFUL " I N T E R E S T OF;

### " E Q U A L, - " J U S T I C E, UNDER - LAW;

### DUE, TO IN TH E  V ERY - LEAST;

2

**{01}.** There are "No" remaining **Genuine - issue(s),** in this case,. Nor any

**relevant / pertinent "Material - fact(s), nor inference(s), to be drawn,**

**from undisputed - fact(s),.** Thus as we all know, only viable violation(s) of

**Civil Right'(s) , Question(s) of  law remain**; As, a "Matter,  Of  "Law;

"Please, "See also;  Vehemently - viably solely`. See; **42 U.S.C.A. § 1983.**

**Color of Law Violation(s)** of; A "Multiple -UNCONSTITUTIONAL - NATURE,

{ NOT } With -standing, other "Pendente lite, wrongful **- "Invidious -**

**"Discrimination   { "BASED" } - "Federal - "Question / "Rational basis**

**test.**, "Fully, "Cognizable, "FEDERALIZED- On the initial,   "Viable - 'Active -

"Docket / "Record; such as, Pendente lite;

    **{ A }. 28 U.S.C.A. §   1343** . ............

    **{ B }. 42 U.S.C.A. §  1985**. . .............. In which, this Honorable

"Court, { via }, "Constitutional - "Inalienable - "VIRTUE, should' ve

Legally construed, as **42 U.S.CA.  § 1985(3).** "Also, in which - which, thus is

**{ "LEGAL - SAME" },.** Under, the "Law,. ....

    **{ C }. 42 U.S.C.A.  §  1981**. - "INTENTIONAL - "Proscribed /

"Prohibited -   Wrongful  **"Invidious - "Discrimination,. .....**

**{02}.** As I have known of year(s), past this still is a unequivocal, **"Prima facie"**

**case,.** In my favor,. **A indubitable fact**, under - law,.  Town of Frankford's

Heretofore tort - feasor Policeman; **Guy  D.  Baynard** His unlawful action(s),

were only purported to be pretense, of official right, to do the illegal malfeasance

wrongful act(s), when in fact he knew that he had, **"NO"** such "Legal - Right,."

3

See; **Kiker v. Pinson, 120 Ga. App. 784, 172 S.E. 2d 333, 334.** Former Town of Frankford, Del,. Policeman; **Guy D. Baynard** did illicitly proclaim; to apparently **rule, the world**  per se

On my **"*Personal - Property"*** Per se Then; viable officer; **Guy D. Baynard** directly - and solely - intentionally ; claimed lawful authority to commit his tortuous very unrealistic malfeasance  Depraved – mind – like  racist act(s),. When in fact his inferior then, Heretofore office did "Not" legally confer him,  {any} such lawful Authority,. See; **Maryland Cas. Co., v. McCormack, Ky., 488 S.W.2d 349, 352.**

This viable far – far overdue "Substantive" "Manifest" - viable / Active "Motion" for **Summary "Judgment,"** should be legally allowed, as soon as possible,. At the Amicable Honorable Convience, of the court,. Please take Lawful / factual Legal Notice;   This case has been Pendente lite, since ;  "1998,." **Now, would that be the case if I were white ?** Conclusion ;

Please Note; It is such a, **"Sad – Sad" situation,.** That this case has not been  Adjudicated,. Racial Injustice ?    However, I have unequivocally been illegally wrongfully "Procrastinated;" EQUAL IMPARTIAL CONSTITUTIONAL JUSTICE   under Rational basis test,. Fully cognizable law(s); In which are pending,. As a  Matter of Law; In which is {thus} patently   Unconstitutional / Violative and of; "Express Constitutional Prohibition(s);

4

**I, must** give honor to this court,. However, I truly need immediate "Equal - Justice" under the U.S. Constitution(s) 14th Amendment,. In which I was "Denied", (via) tort – feasor **{ Guy D. Baynard }** Ex - Police Chief of the Notorious Township in viable Question; who is "**NO**" longer a *Police Officer in the State of Delaware*,. See attached **Exhibit B's page # 7**, which states "... **a letter** be written by Director Stanley Friedman to the Police Chief's Council to have **Guy Baynard** decertified so that he cannot be a police officer in this State again." " Prima facie," unequivocal – indubitable factual – fact, as a matter of court – Record,.

Please Take Legal Notice; that this Civil case No. 98 – 000639 JJF, has a **remainder** of two false arrests. The following factual Relevant / Pertinent Prima facie / Preponderance of the Evidence / Evidence based Exhibit(s); are the **second** false arrest dated November 15, 1996 concerning November 9, 1996, **see** attached **Exhibit A and it's pages 1, 2, 3, 4, 5 and 6** and the **third** false arrest dated December 14, 1996, **see** attached **Exhibit B and it's pages 1, 2, 3, 4, 5, 6, 7 and 8,** both of these false arrests were Nolle Prosequi by the State of Delaware. Concerning my " E20 " video tape, the Town of Frankford's Attorney **Bruce C. Herron** had a copy for years, this E20 video tape will show the details of these two false arrests, just mentioned, and **Ex – police Guy D. Baynard's Hate - Crime / like PATTERN**, causing the State of

5

Delaware to repeatedly, Nolle Prosequi every false arrest against me, this is an Constitutional Shame.

Also, the State of Delaware's " Memorandum " dated February 4, 1998,  re:  No.  AG# 97 – 01 – 0019, which  is  located  on  attached Exhibit B's pages  3, 4, 5, 6, and 7.  On  Exhibit B's page 6, last paragraph, the State of Delaware investigator stated, "After reviewing Baynard's **personnel files** and **talking to the Chief's** from the above **three** departments, it is the opinion of this investigator that **Guy Baynard** is **not qualified** to be a police officer in this State." This " Memorandum " is concerning the **third** false arrest dated December 14, 1996. Concerning the State's " Memorandum ", the Town of Frankford's Attorney **Bruce C. Herron** had a copy for years.  This " Memorandum " of Law; will show the details of this third false arrest investigation, just mentioned, and **Ex – police Guy D. Baynard's Hate - Crime / like – clandestine** but **TRANSPARENT PATTERN**, causing the State of Delaware to repeatedly Nolle Prosequi every false arrest against me, this is an Constitutional Shame and a shame to the other police departments in our Free " Nation " that **Ex – police Guy D. Baynard** worked for. " Abuse of Authority, is vehemently unconstitutional, see; **42 U.S.C.A. § 1983 § 1985(3)**.

**HATE - CRIME / LIKE PATTERN**, this mentioned – above  relevant " E20 " video tape will confirm, Hate Crime / like PATTERN by **also**

6

showing a **first** false arrest done by Ex – police Guy D. Baynard dated May 25, 1996. Also, see attached **Exhibit C** and it's **pages 1, 2, 3, 4 and 5**, this page No. 5 is also a **Nolle Prosequi** from the State. Keeping in mind the " *malicious use of Process* ",. Being Solely, intentionally bestowed wrongfully, against my person only, due to the " Color of my skin,. That which – which, is beyond my Power,. And ascertained by me from my " Birth – Right " (via) of an act of God. This vexatious – wrongful Pattern of Racial – Injustice is synonymous same of;

*Prosecutorial Animus*,. Keeping in mind that prohibited / proscribed vindictive – prosecution, could have also been viably Pendente lite on the Record as a matter of Law,. The " E20 " video tape and the State of Delaware's " Memorandum " dated February 4, 1998,  re: No. AG# 97 – 01 – 0019, both will show and/or confirm additional Hate - Crime / like PATTERNS from Ex – police Guy D. Baynard and/or anyone else that may be illegally involved. If a conspiracy is founded, under **18 U.S.C.A. § 241** " **Conspiracy against rights** ", therefore the Federal Government has the right to prosecute, see attached **Exhibit D**.

Cover – up / Conspiracy - **42 U.S.C.A. § 1985(3)** in a letter from the Town of Frankford's  Council members dated February 26, 1997, Certified Mail P 461 261 302. These Council members clearly stated, in No. 4, of this letter, " The residents and/or visitors " ARE " allowed to " PARK " on remaining portion of Shockley Drive/Right of Way. This is the

**unpaved grass portion** of Shockley Drive/Right of Way." The Town of Frankford's Council members with this letter cover – up for Ex – police Guy D. Baynard's **second** false arrest dated November 15, 1996 concerning November 9, 1996, **as** mentioned above in this document. The Town of Frankford Ordinance No. 14, has " Off – Street Parking", which means, no parking allowed on the **paved portion** or anywhere within fifty (50) feet Right of way of Shockley Drive, see attached **Exhibit E,** with ordinance page numbers **31, 33 and 10**.

Closing thought(s) of final {closure}, to this ungodly almost unrealistic case,. I need to be able to feel whole again; Futile - feeling(s) still remain; It is also a fact, that former **Ex - Police Chief Guy D. Baynard** did wrongfully utilize, Malice, and or Reckless - indifference, against my person,. I also must yet again address the Court, of the Imperative - Seriousness of the tort(s), of the **former Ex – Police Chief Mr. Guy D. Baynard**,. Who is not "God,."

In Retrospect, the illicit wrongful Malfeasance "Depraved" mind – like tortuous on the record {wrong(s)} of **Mr. Guy D. Baynard** could never ever be common – place / prevalent in this nation,. Of unequivocal "Democracy" as we are one nation under God indivisible with full constitutional Inalienable "EQUAL" Protection(s),. Being given to us U.S. citizen '(s) as legally / lawfully Ascertained **at "Birth,."**

In a Nut Shell; The truly unheard of Despotic – like - Malfeasance

8

Maliferous, tortuous wrongful constitutional multiple "Civil Right'(s) -

Violation(s) that have been to date; "Illegally - Unlawfully"

Unconstitutionally Arbitrarily & Capriciously DENIED,. Has , truly ruined the

Inalienable image; / Stature of the Honorable U.S. Const. Art. III Court

System,.

And in fact if I do not receive adequate Lucrative meaningful

just Pecuniary Compensation by; July 22nd 2007,. Immediate

Federalized Adverse injunction(s) will be filed Here – Under; **28 U.S.C.A.**

**§ 1343**. Legally - Lawfully Combined Here – under / Here - with; **42**

**U.S.C.A. § 1985(3)**.

To; if necessary "Shut - down;" The Frankford, Del. Township -

Town Council,. And also the superficial drawing up; of a to be future

Police Department of town of Frankford would be (via) United States 03rd

Judicial Circuit of Appeal(s) filed for Emergency Motion(s) any future

inferior "**Political Sub – division**" based; Police Department'(s)

would I promise you, be put on "hold,." Legally,. Also, I do enjoy the

Inalienable - liberty to finally allow this ungodly case to be turned over

to a Large Civil - Right'(s) Organization such as :

{01}. N.A.A.C.P. of New York and or Atlanta, Ga.

9

{02}.   Southern Poverty Law Center C/O Mr. Morris Dees esq.,
As a " TEST – CASE ".

*Note: Attorney Herron has a copy of my E20 video tape, therefore I will*
*send a copy to the court and Scottsdale Insurance   Co.*

Respectfully,  Submitted,

Mr. Dennis L. Smith " Pro  se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date *MAy  4, 2007*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH                                   :
                                                  :    C.A. No. 98 – 00639 JJF
                                                  :
            Plaintiff,                            :
                                                  :
    vs.                                           :
                                                  :
                                                  :
EX – POLICE CHIEF GUY D.                          :
BAYNARD, INDIVIDUALLY AND AS  :
AGENT OF FRANKFORD TOWNSHIP, :
et al.,                                           :
                                                  :
            Defendants                            :

### AFFIDAVIT OF DENNIS L. SMITH

STATES  OF  DELAWARE    :
                        : SS.
NEW  CASTLE  COUNTY     :

The, preceding - indelible truthful – statement(s) in the " **Motion for Summary Judgment"** are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here –under;

**28 U.S.C.A. § 1746**, and **18 U.S.C.A. § 1621**.

Dennis L. Smith                          Date    May 4, 2007

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the " Motion for Summary Judgment " have been certified mailed or hand delivered on or about this _____ day of May ₤ 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 0460 0001 5101 7815**

The Elite / Apex Professional Legal
Service(s) of; Akin & Herron P.A.
Attn; "Senior – Partner;" Mr. Roger A. Akin esq.,
Law Office
C/O **Mr. Bruce C. Herron esq.**,
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

The Prestigious / Illustrious Incumbent
Chairman; Mr. R. Wax Williamson
C/O **Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 0460 0001 5101 7822**

Cj Hon, Anthony J. Scirica
**Marcia M. Waldron**
21400 " United States"
" Court – House"
Appeals for the Third Circuit
601 Market Street
INDEPENDENCE MALL WEST
Philadelphia, Pa. 19106 – 1790
**Certified Mail**
**7002 0460 0001 5101 7839**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

Dennis L. Smith

*Exhibit A*
*PAge-1*

Adult
Complaint and Warrant
In the JUSTICE OF THE PEACE COURT 03
In and for the county of SUSSEX, State of Delaware
State of Delaware vs DENNIS L SMITH

I, GUY D BAYNARD (09091), of FRANKFORD PD do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the law of the State of Delaware by committing criminal acts in Sussex county on or about the date(s) and at or about the location(s) as indicated in Exhibit A hereto attached and made a part hereof.

WHEREFORE, your affiant prays that the above named accused may be forthwith approached and held to answer to this complaint consisting of 1 charge, and to be further dealt with as the law directs.

_Affiant_

SWORN TO and subscribed before me this 09 day of November A.D., 1996

_Judge/Master/Commissioner/Court Official_

================================================================================
,To be completed by Judge/Master/Commissioner/Court Official)
Jurisdiction resides in Family Court because:  (Check and complete as required)
A._____   The crime was committed by a child
B._____   A misdemeanor was committed against a child
C._____   A misdemeanor was committed by one family member against
           another family member
D._____   Other. Explain _____

================================================================================
                              WARRANT

TO ANY CONSTABLE or other authorized person:

WHEREAS, the foregoing complaint consisting of 1 charge, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to before me, and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take DENNIS L SMITH accused, and bring same before JUSTICE OF THE PEACE COURT 03, FORTHWITH, to answer said charge.

GIVEN UNDER MY HAND, this 09 day of November A.D., 1996

_Judge/Master/Commissioner/Court Official_

Warrant executed by _Cupt Brynard_ (Name/Agency) on
_15_ day of _Nov_, 19 _96_
Police Complaint No 8696000460          WR:8696000045:WR

'CC NOV 9 PM 2 35

A 80

Exhibit A                    *Exhibit A*
                             *page 2*
State of Delaware vs DENNIS L SMITH
--------------------------------------------------------------
                          Court Case: 9611003836
--------------------------------------------------------------
Complaint Number: 8696000460   Arrest Number: 11396   Charge Sequence: 001
Charge: FALSELY REPORTING AN INCIDENT
        - REPORT TO LAW OFFICER AGENCY INCIDENT NOT OCCUR
In Violation of: 11-DE-1245-003A-M-
Location of Violation: SHOCKLEY DRIVE FRANKFORD DELAWARE
  TO WIT: DENNIS L SMITH, on or about the 9th day of November, 1996, in the
          County of Sussex, State of Delaware, knowing the information reported
          was baseless, did report to a agency the alleged occurrence of an
          offense which did not in fact occur to wit: on the 9th of november
          1996 at 1205pm, suscom sent the frankford police to shockley drive to
          meet with a dennis smith regarding parking violations on the street.
          upon arrival, the frankford police department observed two vehicles
          on the shoulder of the road. the first was a maroon pick-up which
          was parked on the right side of the road, off onto the grass shoulder
          faced with the flow of traffic (no violation) the second vehicle was
          a blue car parked on the left side of the road on the grass shoulder
          faced with the flow of traffic (no violation) the frankford police
          department then contacted mr. smit the complaint he made to suscom,
          troop 4 and troop 7. mr. smith was will and or refused to cooperate
          with the frankford departmen regarding the complaint that he
          had made. .

*Do not have*
*"grass shoulder"*

*( suscom )*
*I made it clear on the first*
*phone call to the police not*
*To send the Frankford police*

A81

EXhibit A
PAge 3    WRaNcy

Exhibit B
Affidavit of Probable Cause

State of Delaware vs DENNIS L SMITH
Also known as:
Date of birth: 01/19/1959        Sex: M
Eyes: BRO        Hair: BLK        Height: 506
Accused's home add: SHOCKLEY DR

: FRANKFORD, DE 19945

Accused's Home Ph : 3027323011

Accused's employer: SELF EMPLOYED
:
:
:
Accused's Emp Pho: 0
Accused's Work Hr:

Police Complaint Number: 8696000460
SBI Number: 00190619
Race: B        Accused's age: 37
Weight: 155
SOCIAL SECURITY NUMBER 221522439
Driver's License DE - 0829030

Name, Home and Work Addresses, and
Telephone Numbers of Next of Kin
or Parent/Guardian
:
:
:
:
Phone: 0
Work :
:
:

Relation: Vict to accused: VICTIMLESS CR        :

Victim's Age :
Victim's D.O.B. :
Date(s) and time(s) of offense: 11/09/1996 12:05 thru 11/09/1996 13:15
Location where offense occurred: SHOCKLEY DRIVE FRANKFORD DELAWARE

   Your affiant GUY D BAYNARD can truly state that: 1. your affiant is a sworn
member of the frankford police department. 2. your affiant was sent to
shockley drive by suscom, regarding a parking
   violation that was reported by dennis 1. smith. 3. your affiant upon
arrival observed a marron pick-up parked on the grass
   shoulder facing with the flow of traffic on the right hand side of shockley
   drive. (no violation) your affiant also observed a blue car parked on the
   grass shoulder facing the flow of traffic on the left side of shockley
   drive  (no violation) both vehicles were parked properly. 4. your affiant
then contacted mr. smith regarding his complaint, mr. smith
   would not and or refused to cooperate with the frankford police department
   regarding the complaint that he had made to sucsom. your affiant then left,
   the area seeing that the victim refused to supply any information. 5. your
affiant was again contacted by suscom, advising that mr. smith had
   again called them complaining that he did not get proper service and
   demanded that they send a state police officer. after that mr. smith
   called both troop 4 in georgetown and troop 7 in lewes demanding that the a
   state police officer be sent to shockley drive.  6. your affiant contacted
   both troop 4 and troop 7 along with suscom and advised them that mr. smith
   would not cooperate with the investigation.  7. your affiant has been sent
   to mr. smiths home in the past with the same results, being that mr. smith
   will not cooperate with the frankford police department in the following
   manner, mr. smith viedo tapes and records the entire action, mr. smith will
   make an attempt to get under your skin by calling you a white mark furman
   racist and demanding that you get off of his property even though mr. smith ,

_____
(Affiant)

Wm. P. Wood
(Judge-Master-Commissioner-Court Official)
Sworn to and subscribed before me
this 09 of November, 1996

A8L

Exhibit B

*Exhibit A*
*Page 4*

## Statement of Probable Cause (Continued)

### State of Delaware vs DENNIS L SMITH

is the one who placed the complaint in the first place, and will not provide any information as to the nature of his complaints. 8. your affiant for these reasons <u>feel</u> that mr. smith should be charged with reporting a false complaint.

===================================================================

Affiant:
GUY D BAYNARD FRANKFORD PD Phone 0 Work 0

Victims:

_____
Affiant

Sworn and subscribed before me this 09 day of November A.D., 1996

_____
Judge/Master/Commissioner/Court Official

A 83

proof

See - November 9, 1996 - Video Tape for Facts below:

Exhibit A
page 5

Facts below are not Alleged, Therefore,

No Probable Cause

Concerning A December 14, 1996 False Arrest, The the States' Investigator stated "... Guy Baynard is not qualified to be a Police Officer in this State."

"H150"

"Maroon pick-up"

"Blue car"

"Street Line"

"grass — ".. off onto the grass shoulder."

".. off onto the grass shoulder."

50 Feet Right of Way
"Street"

Note: Ordinance No. 14 — No Shoulders

The November 9, 1996 - video Tape
[will Confirm] these Above Facts.

*Exhibit A*
*page 6*

# IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

## IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| THE STATE OF DELAWARE | : | CRIMINAL ACTION NOS. |
| | : | 96-11-0790 |
| vs. | : | |
| | : | |
| DENNIS L. SMITH | : | NOTICE OF NOLLE PROSEQUI |
| | : | |
| DOA - 11/15/96 | : | |

A notice of nolle prosequi is hereby entered on the charge(s) of FALSELY

REPORTING AN INCIDENT against the above-named defendant and the Prothonotary

is requested to note the same on record.

REASON: 10

Stephanie A. Tsantes
Deputy Attorney General

cc:    Dennis Smith
       Captain Baynard

DATED:    December 11, 1996

Exhibit B
page 1

# STATE OF DELAWARE
## UNIFORM TRAFFIC COMPLAINT AND SUMMONS/VOLUNTARY ASSESSMENT

**FF** A 01671

| COUNTY | SUSSEX | CITY OR TOWN OF | FRANKFORD |
|--------|--------|-----------------|-----------|

**SUMMONS**

IN THE _COURT 3_ COURT OF _DELAWARE_

THE UNDERSIGNED, BEING DULY SWORN, UPON HIS OATH, DEPOSES AND SAYS:

| ON: MONTH | DAY | YEAR | DAY OF WEEK | HR. OF DAY | DATE OF ARREST |
|-----------|-----|------|-------------|------------|----------------|
| 12 | 14 | 96 | SAT | 2312 | SAME |

| NAME | LAST | FIRST | MIDDLE INITIAL |
|------|------|-------|----------------|
| SMITH | | DENNIS | L |

| STREET | | PHONE |
|--------|--|-------|
| RD 3 BOX 96 | | 732 |

| CITY | STATE | ZIP | HAZ MAT | COMM. VEH. |
|------|-------|-----|---------|------------|
| FRANKFORD | DE | 19945 | ☐ | ☐ |

| RACE | SEX | DATE OF BIRTH | AGE | HAIR | EYES | HEIGHT | WEIGHT |
|------|-----|---------------|-----|------|------|--------|--------|
| B | M | 12-01-57 | | BLK | BRN | 5 5 | 160 |

| DRIVER'S LIC. # | STATE | TYPE | EXP. DATE | SEAT BELT |
|-----------------|-------|------|-----------|-----------|
| 227030 | DE | D | 12-01 | ☐ W ☐ NE ☐ NW ☐ NA ☑ OPER ☐ PASS |

| VEHICLE REG # | STATE | EXP. DATE | ACCIDENT | SAFETY EQ. |
|---------------|-------|-----------|----------|------------|
| 315199 | DE | 12-97 | ☐ YES ☑ NO | ☐ |

| YEAR | MAKE | MODEL | COLOR | OWNER'S NAME |
|------|------|-------|-------|--------------|
| 94 | PLYM | PRC | WHITE | SAME |

| OWNER'S ADDRESS |
|-----------------|

**VIOLATION #1:** DID UNLAWFULLY OPERATE A MOTOR VEHICLE AT:

| STREET/ROUTE | DISTANCE | DIRECTION | TOWN |
|--------------|----------|-----------|------|
| RED STREET | 770 | EB | FRANKFORD |

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE

**SPEED:** ___ MPH. IN A 25 MPH. ZONE, CHECKED BY MR

**OTHER (DEFINE)**

| 1ST OFFENDER ELIGIBLE | BAC | CHEMICAL TEST GIVEN ☐ YES ☐ NO |
|-----------------------|-----|--------------------------------|
| ☐ YES ☐ NO ☐ UNK. | ☐ UNK. PENDING ☐ IMPLIED CONSENT ☐ | BLOOD KIT NO. | INTOX NO. |

IN VIOLATION OF: ☑ STATE STATUTE    ☐ LOCAL/ORDINANCE

| SECTION ORD. | TITLE | DMV | EQUIP. | L & R | PED. | O | GRID |
|--------------|-------|-----|--------|-------|------|---|------|
| 7; | 21 | | ☐ | ☐ | ☐ | ☐ | 182062 |

| FINE | VICT. COMP. | COSTS | AMT. DUE | DATE DUE |
|------|-------------|-------|----------|----------|
| $ | $ | $ | $ | / / |

| PLEA | VERDICT | DATE | FINE | VICT. COMP. | COSTS |
|------|---------|------|------|-------------|-------|
| | | | $ | $ | $ |

| CLERK | RECEIPT | DISPOSITION |
|-------|---------|-------------|

| CASE # | | JUDGE/COMMISSIONER |
|--------|--|--------------------|

**VIOLATION #2:** DID UNLAWFULLY OPERATE A MOTOR VEHICLE AT:

| STREET/ROUTE | DISTANCE | DIRECTION | TOWN |
|--------------|----------|-----------|------|
| RED STREET | 70 | EB | FRANKFORD |

AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE

**VIOLATION #2** FAIL TO STOP ON COMMAND

IN VIOLATION OF: ____ STATE STATUTE    LOCAL/ORDINANCE ____

| SECTION ORD. | TITLE | DMV | EQUIP. | L & R | PED. | O | GRID |
|--------------|-------|-----|--------|-------|------|---|------|
| 4136 | 21 | ☐ | ☐ | ☐ | ☐ | ☐ | 182062 |

| FINE | VICT. COMP. | COSTS | AMT. DUE | DATE DUE |
|------|-------------|-------|----------|----------|
| $ | $ | $ | $ | / / |

| PLEA | VERDICT | DATE | FINE | VICT. COMP. | COSTS |
|------|---------|------|------|-------------|-------|
| | | | $ | $ | $ |

| CLERK | RECEIPT | DISPOSITION |
|-------|---------|-------------|

| CASE # | | JUDGE/COMMISSIONER |
|--------|--|--------------------|

| OFFICER | I.D. # | TRP/AGENCY | FED/CONTRACT |
|---------|--------|------------|--------------|
| PAT CRANFORD | 7071 | 3. | |

SWORN AND SUBSCRIBED TO BEFORE ME, THIS

____ DAY OF _____ 19 ____

_____
JUDGE OR COMMISSIONER

→ **DIRECTIONS** ←

**READ CAREFULLY**

The undersigned, in order to fulfill the requirements of this Complaint and Summons, must follow the instructions under the block provided. Failure to comply will result in immediate suspension of your Driver's license by your State's Motor Vehicle Department. Additionally a warrant for your arrest will be issued....

## VOLUNTARY ASSESSMENT

☐ My signature on this document only acknowledges receipt thereof, unless the Voluntary Assessment Block is checked, which indicates my desire to plead guilty to the stated charge(s). By pleading guilty, I understand I must mail in the **Total Amount Due:**

$ _____

to the voluntary assessment center by the date due, or my driving privileges will be suspended

### OR

I may plead Not Guilty by notifying the voluntary assessment center in writing prior to the Court Due Date.

## MANDATORY APPEARANCE

☒ Must appear at the court indicated below on the Court Due Date. *(See Below)*

SIGNATURE
X

**COURT DUE DATE** 1-22-96
SAT 1:00 PM

Make check or money order payable to:

☐ State of Delaware

☒ _COURT 3_

☐ VOLUNTARY ASSESSMENT CENTER

☒ COURT # ____3____

Address 115 113

City _DE TOWN_ DE

Zip _____ Ph # (302) _____

IN THE COURT OF THE JUSTICES OF THE PEACE OF THE

PAGE: 1

STATE OF DELAWARE IN AND FOR SUSSEX COUNTY

COURT NO. 3

*Exhibit B
PAge 2*

BOND/ORDER TO APPEAR

TO: DENNIS L SMITH, Defendant

You are hereby COMMANDED to appear in Sussex County Court of Common Pleas
P.O. Box 426 Sussex County Court House The Circle Georgetown, DE 19947 Telephone: (302)856-5333
on Tuesday, December 31, 1996, at  9:00 AM for ARRAIGNMENT .

Failure  to  appear on the scheduled date and time may result in a charge of  Contempt  of
Court and a Bench Warrant may be issued for your arrest.

| CHARGE | CASE NO | ARREST NO | BAIL AMT | TYPE OF BAIL |
|---|---|---|---|---|
| 21:4169:000B:M: SPEEDING | 9612008442 001 | FFA01671 | 100 | UNSECURED BOND |
| 21:4103:000B:M: DISREGARD SGNLS | 9612008442 002 | FFA01671 | 500 | UNSECURED BOND |

Defendant  and Surety also understand the following: If either party fails to keep the Court advised of defendant's address,
as required  by  Delaware statute, they waive any notice requirements pertaining to this release, to forfeiture of  the  security
amount,  to court appearances and/or other matters pertaining to the charge or proceedings of this release. The Court reserves the
right, without prior notice to defendant or hearing, to summarily revoke the release based on this bond and to issue a warrant for
your arrest, if the Court finds that you have not kept the peace or been of good behavior.
VIOLATIONS OF CONDITIONS:
Failure  to  comply with the above provisions will subject the defendant to a warrant being issued for your arrest, revocation  of
your  release,  forfeiture  of  any bail bond posted and prosecution for contempt of Court. Defendant shall also  be  subject  to
separate criminal offense, which provides a maximum penalty of imprisonment not to exceed 5 years and/or fine of $5,000.
I  acknowledge that I have been advised of my rights to an attorney and that if I cannot afford an attorney, I am to contact
the Public Defender's Office at  1 S. RACE STREET GEORGETOWN, DF 199473000 Telephone: (302) 856-5310  for  an  appointment  to
determine whether or not I qualify.
Failure  to  make an appointment with the Public Defender or make arrangements with a private lawyer to represent you before
your  next court appearance may mean you have waived your right to counsel.  Such failure may also result in a change in your bail
status.

This bond is valid for present and all subsequent proceedings in  any  court  having
jurisdiction by transfer, appeal, or remand, until full and final determination of the case(s).

The  defendant  and surety promise to perform the conditions set forth above, in which case this bond shall null and void, but
otherwise  this bond shall remain in full force and effect and payment herein promised shall be payable forthwith; and we confess
judgement in the above sum and we submit to the jurisdiction of the Court and irrevocably appoint any clerk of any Court of record
as  our  agent  upon whom any paper affecting our liability may be served, and our liability may be enforced on motion without
necessity of independant action, without further notice; and we release and quitclaim any errors in the judgement or entry thereof
and  waive all exemption laws of the State of Delaware. I hereby acknowledge that I understand the conditions and obligations  of
this bond and the penalties and forfeiture which may follow for non-compliance.

12/15/96

Justice of the Peace BRITTINGHAM          Date

**POLICE/COMPLAINANTS**
This is your subpoena for trial
86 - **BAYNARD 9091**

Defendant: **DENNIS L SMITH**
ADDRESS:   **SHOCKLEY DR**
           **FRANKFORD DE 19945**
   Phone:  **3027323011**

DDH

A 16

# MEMORANDUM

*Exhibit B*
*Page 3*

*From Note*
*The*
*Attorney General's*
*office*

**TO:**    Stanley Friedman
Director of Investigations

**FROM:**    John Sniadowski
Special Investigator

**DATE:**    February 4, 1998

**RE:**    <u>Chief Guy Baynard</u>
AG# 97-01-0019

---

In January, 1997 Chief Prosecutor Ferris Wharton received a letter dated January 3, 1997 from Dennis Smith who he had spoke to on a previous occasion and who was making a complaint of false arrest against Chief Guy Baynard of the Frankford Police Department.

On February 25, 1997, this investigator along with Special Investigator Cosgrove responded to Shockley Drive in Frankford where we interviewed Dennis Smith who related the following: On December 14, 1996 he was arrested for speeding and failure to stop at the command of a police officer by Chief Guy Baynard of the Frankford Police Department. He was traveling North on Reed Street and was about to make a left hand turn and go West on Honolulu Road at the same time a Frankford police car made a right hand turn and went South on Reed Street. The police car turned into the the first driveway on the left and started to backup at which time he could no longer see the police car because his view was blocked by houses on Honolulu Road. He then made a left hand turn onto Shockley Drive. When he got approximately 70 feet from his driveway he noticed flashing lights on Honolulu Road. He then made a right hand turn into his driveway, get out of his car, went into the house, and looked out his front window when he saw the flashing lights turn onto Shockley Drive. When he saw the Frankford police car turn into his driveway and park behind his car he called 911 because of things Chief Baynard had done to him in the past. He was told to stay in the house until the State Police arrived. Chief Baynard stayed in his car until the State Police arrived at 11:36 p.m. Chief Baynard along with Officer James Fraley of Troop 3 then came to his door. Chief Baynard told him he was stopping him for speeding and asked him to sign the ticket. He told him that he was not going to sign it, at which time the Chief told him that if he didn't sign it he would be arrested and taken to Court. The Chief then told him that here was another charge for failure to stop for a police officer. While this conversation was taking place his wife was using a video camera to record what was happening. At 11:44 p.m. she told him that the battery went dead and when he started to go into the house Officer Fraley asked if he could come in and talk to him. Officer Fraley came in the house and spoke to him while his wife got another battery. They then went back outside and had another conversation with Chief Baynard. While the officers waited outside he and his wife went

**Stanley Friedman**
**February 4, 1998**
**Page Two**

*Exhibit B.*
*Page 4*

back into the house to put the camera away and when he came back outside he went with Officer
Fraley to Court #3. At the Court he was arrested for speeding (37 m.p.h. in a 25 m.p.h. zone)
and for failure to stop.

Smith claims that he was not speeding, that Chief Baynard could not have clocked him
because of the directions each car was traveling, that he never saw any car, lights, or signals
behind him, and that he was never told or motioned to pullover by Chief Baynard.

There were two other incidents where Smith also claimed that he was falsely arrested by
Chief Baynard. One occurred on May 25, 1996 when he was arrested for criminal trespass 3rd
degree and disorderly conduct. Smith claims that he was falsely arrested because the arrest was
a result of a dispute he had with his sister-in-law, Teresa Burton, over the property line between
his house and hers regarding a 5' right away in back of his fence, and that Chief Baynard allowed
a warrant to be signed when he knew of the property line. The other occurred on November 15,
1996 when he was arrested by Chief Baynard for falsely reporting and incident regarding parking
violations on his street on November 11, 1996.

*← not correct*

Mr. Smith also made a complaint that the Town's Police Commissioner, Jesse Truitt, has
a black lawn jockey in his yard.

After listening to Smith we then watched the video that was taken of the incident on
December 14, 1996.

This investigator then informed Smith that we would look into his allegations and get
back with him.

For further details of Smith's complaints see correspondence from Dennis Smith dated
January 3, 1997 and February 20, 1997.

These investigators then went to the intersection of Reed Street and Honolulu Road. If in
fact what Smith told us was the truth as to how Chief Baynard clocked him for speeding it would
have been very difficult if not impossible to do.

We then went to the Frankford Town Hall to try to locate Chief Baynard but met with
negative results.

On February 27, 1997 this investigator received a letter dated February 20, 1997 from
Dennis Smith. In his letter Smith asked this investigator to subpoena Baynard's personnel file
from Laurel P.D., South Bethany P.D. and Fenwick Island P.D. He also requested that I get him
a copy of the 911 tape for December 14, 1996. Smith actually wanted the tape of the radio

**Stanley Friedman**
**February 4, 1998**
**Page Three**

*Exhibit B*
*page 5*

transmissions that were made to Chief Baynard from Susscom.  After reviewing the entire letter this investigator contacted Dennis Smith who informed me of the following: He wanted a coy of the personnel files of Baynard form the other departments because he has heard that Baynard got in trouble at those departments and feels that Baynard is not qualified to be a police officer. He wanted a copy of the tape of the radio transmissions that were made to Baynard from Susscom to see what they told Baynard to do.  He has not been able to obtain information under the Freedom of Information Act from the Town of Frankford.

After further listening to Smith I informed him of the following: He would not be able to get the personnel files from the police departments or a copy of the Suscom tape because they are not a matter of public record.  I would obtain the personnel files of Baynard and after reviewing them I would take the appropriate action.  Our Office would not look into the complaint he had regarding the lawn jockey because that is not a criminal matter and that he would have to write a letter to the Town Mayor or to the Town Council expressing his concerns.  I would contact someone from the town to find out why he couldn't get some of the information he requested.  I was still looking into the incident that occurred on December 14th.

On May 19, 1997, this investigator contacted Kay Olmstead, President of Town Council for Frankford, (phone 732-9424).  After informing her of why I was calling she informed me that she has told Smith the procedures to follow in order for him to obtain the documents he requested, but as of this date he has not followed her instructions.  She also informed me that Guy Baynard has been laid off because of financial reasons and that the town has no immediate plans to hire another police officer.

This investigator contacted DAG Stephany Tsantes who informed me that the charges against Smith have been continued and that she was awaiting a decision from DAG Adkins regarding prosecution on the charges.

DAG Adkins was contacted at a later date and he advised this investigator that the charges from December 14, 1996 against Smith have been nolle pros.

This investigator then contacted Dennis Smith and informed him of the following: In order for him to obtain the documents that he requested under the Freedom of Information Act form the Town of Frankford he would have to follow the instructions that were given to him by Kay Olmstead.  Since Guy Baynard is no longer a police officer and the charges against him have been dropped the matter of being stopped for speeding would no longer be investigated.  I did however inform Smith that I would continue to obtain and review the personnel files of Baynard from the other police departments and if there was sufficient evidence I would attempt to have Baynard decertified so that he could not become a police officer in this state.

**Stanley Friedman**
**February 4, 1998**
**Page Four**

History *is3cpos*

*Exhibit B*
*page 6*

This investigator then obtained and reviewed the personnel files on Chief Guy Baynard from Laurel Police Department, South Bethany Police Department and Fenwick Island Police Department and obtained the following information:    *Frank Book*

While with the Laurel Police Department from March 3, 1988 to Setpember 2, 1988 when he was finally terminated, Baynard was suspended on July 27 for one day for citizen complaints that were made against him on July 16th and July 19th. He was again, suspneded for two days on August 19, 1988 for having juveniles in the police station and was advised he would be terminated if another complaint was made. On August 29, 1988 another citizen complaint was made and Baynard was terminated.    *page 7 months*

While with the South Bethany Police Department from April 30, 1990 to October 15, 1990 letters dated August 10, August 27, and September 30 were written to the Governor and the Chief by three individual citizens regarding Baynard's rude and unprofessional manner.

While with the Fenwick Island Police Department from January 1993 to June 29, 1994 when he resigned, Baynard received the following disciplinary action:

On June 29, 1993 he was found guilty of falsely reporting an incident and falsification of records by a trial board designated by the Criminal Justice Council. Baynard was given a 40 days suspension without pay and placed on 1 year probation.    *June 1994*

On March 11, 1994 he was found guilty of violation of departmental policy standards and was given a total of 4 days loss of pay.

On March 15, 1994 he was found guilty of violation of probation, insubordination, and misrepresentation and was suspended for 44 days and placed on probation from March 15, 1994 to March 15, 1995.    *11 days*    *one year*

On March 26, 1994 he was found guilty of being discourteous to a citizen and was given a 16 hour loss of pay.

On June 9, 1994 he was found guilty of insubordination and was given a loss of 21 days of pay and one years probation ending on March 15, 1996.    *then 25 May*

After reviewing Baynard's personnel files and talking to the Chief's from the above three departments, it is the opinion of this investigator that Guy Baynard is not qualified to be a police officer in this State.

**Stanley Friedman**
**February 4, 1998**
**Page Five**

*Exhibit B*
*PAGE 7*

<u>Conclusion</u>:

Due to the fact that there is no evidence to support a false arrest complaint against Chief Baynard, all the charges against Dennis Smith have been nolle pros, and Guy Baynard is no longer a police officer, this case to be closed. I do recommend, however, that a letter be written by Director Stanley Friedman to the Police Chief's Council to have Guy Baynard decertified so that he cannot be a police officer in this State again.

JS/ccs

*Exhibit B*
*Page 8*

# IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

## IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| THE STATE OF DELAWARE | : | CASE NUMBER 9612008442 |
| | : | |
| VS. | : | |
| | : | |
| DENNIS L. SMITH | : | NOTICE OF NOLLE PROSEQUI |
| | : | |
| DOA - 12/14/96 | : | |

A notice of Nolle Prosequi is hereby entered on the charge(s) of SPEEDING and FAILURE

TO STOP ON COMMAND against the above-named defendant and the Prothonotary is

requested to note the same on record.

REASON:  12

Paula Ryan Steiner
Deputy Attorney General


DATED:      April 21, 1997

CC:    Dennis L. Smith

*Exhibit C*
*page 1*

Adult
Complaint and Warrant
In the JUSTICE OF THE PEACE COURT 03
In and for the county of SUSSEX, State of Delaware
State of Delaware vs DENNIS L SMITH

I, TERESA J BURTON do hereby state under oath or affirmation, to the best of my knowledge, information and belief that the above-named accused violated the law of the State of Delaware by committing criminal acts in Sussex county on or about the date(s) and at or about the location(s) as indicated in Exhibit A hereto attached and made a part hereof.

WHEREFORE, your affiant prays that the above named accused may be forthwith approached and held to answer to this complaint consisting of 2 charges, and to be further dealt with as the law directs.

_Mrs. Teresa J. Burton_ 5/25/96.
Affiant

SWORN TO and subscribed before me this 25 day of May A.D., 1996

Judge/Master/Commissioner/Court Official

==================================================================
(To be completed by Judge/Master/Commissioner/Court Official)
Jurisdiction resides in Family Court because:    (Check and complete as required)
A._____ The crime was committed by a child
B._____ A misdemeanor was committed against a child
C._____ A misdemeanor was committed by one family member against another family member
D._____ Other. Explain _____

==================================================================
**WARRANT**

TO ANY CONSTABLE or other authorized person:

WHEREAS, the foregoing complaint consisting of 2 charges, having been made, as listed in Exhibit A which is attached hereto and incorporated herein, and having determined that said complaint has been properly sworn to before me, and having found that there exists probable cause for the issuance of process, based upon the affidavit of probable cause which is attached hereto and incorporated herein as Exhibit B, you are hereby commanded in the name of the State of Delaware, to take DENNIS L SMITH accused, and bring same before JUSTICE OF THE PEACE COURT 03, FORTHWITH, to answer said charges.

GIVEN UNDER MY HAND, this 25 day of May A.D., 1996

Judge/Master/Commissioner/Court Official

Warrant    executed    by    _____    (Name/Agency)    on
_____ day of _____, 19____.
Police Complaint No 8696000222        WR:8696000025:WR

*PLACE OF THE*
*JUSTICE OF THE*

'96 MAY 25 PM 8 05

RECEIVED

*page 2*

1  A 61

*Exhibit C*
*PAge 2*

Exhibit A
Delaware vs DENNIS L SMITH

------------------------------------------------------------------------
Court Case: 9605019575
------------------------------------------------------------------------

Complaint Number: 8696000222    Arrest Number:    Charge Sequence: 001
Charge: CRIMINAL TRESPASS THIRD DEGREE
In Violation of: 11-DE-0821-0000-V-
Location of Violation: 29 SHOCKLEY DRIVE FRANKFORD DELAWARE
TO WIT: DENNIS L SMITH, on or about the 25th day of May, 1996, in the County
        of Sussex, State of Delaware, did knowingly and unlawfully remain
        upon the real property located at 29 shockley drive frankford
        delaware

Complaint Number: 8696000222    Arrest Number:    Charge Sequence: 002
Charge: DISORDERLY CONDUCT
        -NOISE OFFENSIVE UTTERANCE GESTURE DISPLAY ABUSIVE LANGUAGE
In Violation of: 11-DE-1301-001B-M-
Location of Violation: 29 SHOCKLEY DRIVE FRANKFORD DELAWARE
TO WIT: DENNIS L SMITH, on or about the 25th day of May, 1996, in the County
        of Sussex, State of Delaware, did intentionally create a risk of
        public alarm to another person by making unreasonable noise and/or
        addressing abusive language coarse-utterance
        to TERESA J BURTON.

*Typed By Chief Barnard*
*Mrs sign by*
*Burton*

*page*
*(3)*

*A 62*

EXHIBIT C
PAGE 3

Exhibit B
Affidavit of Probable Cause

of Delaware vs DENNIS L SMITH                    Police Complaint Number: 8696000222
known as:                                       SBI Number: 00190619
e of birth: 01/25/1959          Sex: M          Race: B      Acused's age: 37
es: BRO         Hair: BLK        Height: 506    Weight: 160
cused's home add: SHOCKLEY DR                   SOCIAL SECURITY NUMBER 221522439
                                                Driver's License DE - 0829030
                    : FRANKFORD, DE 19945

                                                Name, Home and Work Addresses, and
Accused's Home Ph : 3027323011                  Telephone Numbers of Next of Kin
                                                or Parent/Guardian
Accused's employer: SELF EMPLOYED               :
                    :                           :
                    :                           :
                                                  :
Accused's Emp Pho: 0                            Phone: 0
Accused's Work Hr:                              Work :
                                                  :
                                                  :
Relation: Vict to accused: NEIGHBOR             :

Victim's Age : 37
Victim's D.O.B. : 08/22/1958
Date(s) and time(s) of offense: 05/25/1996 14:00 thru 05/25/1996 18:00
Location where offense occurred: 29 SHOCKLEY DRIVE FRANKFORD DELAWARE

    Your affiant TERESA J BURTON can truly state that: your affiant on the 25th
of  may  1996  observed mr. dennis smith on my  property without  permission,
cutting  down  my grass and trees. your affiant has advised mr.  dennis  smith
several  times  not to come and be on my property.  your affiant on this  date
went  out  into my yard and asked mr. dennis smith about being on my  property
and  cutting  my trees and grass down. your affiant asked mr. dennis smith  to
leave but mr. dennis smith stated to me no bitch i am not on your property, do
your  math.  your affiant then told mr. dennis smith that i was not  going  to
agrue  with  him, that i was going to call my lawyer and the police about  mr.
dennis  smith  being  on my property. your affiant observed mr.  dennis  smith
continue  to  cut down my trees and grass as i was walking away,  while  doing
this  mr. dennis smith called me a dumb bitch. your affiant felt threathed  by
mr.  dennis  smith action and that mr. dennis smith was very rude and  hateful
towards  me. your affiant feared that mr. dennis smith would cause harm to me.
your  affiant  then  went  and  called my  lawyer  and  the  frankford police
department.  your  affiant talked with chief baynard of the frankford  police
department  and explained to him what had taken place.  your affiant and chief
baynard went out into my yard where your affiant showed chief baynard what mr.
dennis  smith  had done to my property without my permission. your affiant was
asked  by  chief baynard to go to court 3 in georgetown and request to sign  a
warrant for mr. dennis smith who damaged my property. your affiant during this
complaint  saw mr. dennis smith have his son use a video cam, and while  chief
baynard  spoke with mr. dennis smith, mr. dennis smith stated to your  affiant
and  chief baynard that he has tape recorded all of this on film and  cassette
tape.

_(Affiant)_
5/25/96.

_(Judge-Master-Commissioner-Court Official)_
Sworn to and subscribed before me
this 25 of May, 1996

Typed By Chief Baynard
sign by
MRS. Burton  A63

NHSE

Exhibit B

*Exhibit C*
*Page 4*

## Statement of Probable Cause (Continued)

### State of Delaware vs DENNIS L SMITH

====================================================================

Affiant:
TERESA J BURTON

_____
Affiant

Sworn and subscribed before me this 25 day of May A.D., 1996

_____
Judge/Master/Commissioner/Court Official

*PAGE*
*(5)*

A 64

*Exhibit C*
*PAge 5*

## IN THE COURT OF COMMON PLEAS OF THE STATE OF DELAWARE

### IN AND FOR SUSSEX COUNTY

| | | |
|---|---|---|
| THE STATE OF DELAWARE | : | CRIMINAL ACTION NOS. |
| | : | |
| vs. | : | |
| | : | |
| DENNIS L. SMITH | : | NOTICE OF NOLLE PROSEQUI |
| | : | |

A Nolle Prosequi is hereby entered on the charge of

CRIMINAL TRESPASS IN THE THIRD DEGREE

DISORDERLY CONDUCT

against the above-named defendant and the Prothonotary is requested to note the same on record.

**REASON: 13**

Melanie C. Withers
Deputy Attorney General

DATED: June 13, 1996

IINAL PROCEDURE

iper onto uncontained gaso-
i not amount to use of "ex-
ɣ device" within meaning of
ınd 844(j). United States v
Tenn) 486 F Supp 137.


l et seq.] shall be
s to occupy the field
l et seq.] operate to
natter, nor shall any
nstrued to invalidate
ınsistent with any of
l.] or any provision

82 Stat. 91.)


nce Act of 1968
ection with civil

— *Federal Code* —

## CHAPTER 13.   CIVIL RIGHTS   *Exhibit D*

Section
241.   Conspiracy against rights
242.   Deprivation of rights under color of law
243.   Exclusion of jurors on account of race or color
244.   Discrimination against person wearing uniform of armed forces
245.   Federally protected activities
246.   Deprivation of relief benefits
247.   Damage to religious property; obstruction of persons in the free
      exercise of religious beliefs

### HISTORY; ANCILLARY LAWS AND DIRECTIVES
**Amendments:**
**1968.** Act Apr. 11, 1968, P. L. 90-284, Title I, § 102, 82 Stat. 75,
amended the analysis of this chapter by adding item 245.
**1976.** Act Oct. 2, 1976, P. L. 94-453, § 4(b), 90 Stat. 1517, amended the
analysis of this chapter by adding item 246.
**1988.** Act June 24, 1988, P. L. 100-346, § 3, 102 Stat. 645, amended the
analysis of this chapter by adding item 247.
Act Nov. 18, 1988, P. L. 100-690, Title VII, Subtitle B, § 7018(b)(2), 102
Stat. 4396, amended the analysis of this chapter, in item 241, by deleting
"of citizens" following "rights".

**Auto-Cite®:**   Cases and annotations referred to herein can be further re-
searched through the Auto-Cite® computer-assisted research service. Use
Auto-Cite to check citations for form, parallel references, prior and later
history, and annotation references.

### § 241.   Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate
any inhabitant of any State, Territory, or District in the free exercise or
enjoyment of any right or privilege secured to him by the Constitution or
laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of
another, with intent to prevent or hinder his free exercise or enjoyment of
any right or privilege so secured—

They shall be fined not more than $10,000 or imprisoned not more than ten
years, or both; and if death results, they shall be subject to imprisonment for
any term of years or for life.

(June 25, 1948, ch 645, § 1, 62 Stat. 696; April 11, 1968, P.L. 90-284, Title
I, § 103(a), 82 Stat. 75; Nov. 18, 1988, P. L. 100-690, Title VII, Subtitle B,
§ 7018(a), (b)(1), 102 Stat. 4396.)

### HISTORY; ANCILLARY LAWS AND DIRECTIVES
**Prior law and revision:**
This section is based on Act March 4, 1909, ch 321, § 19, 35 Stat. 1092
(former 18 U.S.C. § 51).

*Certified Mail*
*P 461 261 302*

*Exhibit E*

Feb. 26,1997

Helen Starcla
P.O. Box 536
Selbyville, De 19975

*Mrs. Starcia*

In regards to your letter sent by Mr. Dennis Smith, here is the information that you have requested from the Frankford Town Council.

1. The paved portion of "Shockley Drive/Right of way" is approximatly (22) Twenty-two feet wide.
2. The right of way footage is (25) Twenty-five wide on both sides of center line of said right of way. The total "Footage" of said right of way is (50) Fifty feet.

3. The residents and/or visitors are "NOT" allowed to "PARK" on said paved portion of Shockley Drive/Right of Way.

4. The residents and/or visitors "ARE" allowed to "PARK" on remaining portion of Shockley Drive/Right of Way. This is the unpaved grass portion of Shockley Drive/Right of Way.

5. Shockley Drive/Right of Way has "SHOULDERS" it is the remaining portions on both sides of said paved portion of right of way, which are (14) Fourteen-feet wide each.

6. There are no markings, borders, or curbs to distinguish the very edge of Shockley Drive/ Right of Way. In the survey diagram that has been presented to you with this letter of response, will show you the exact footage, boundaries, location, property owners before it was dedicated to the Town of Frankford and the year it was surveyed

7. Ordinance No.14 is your answer and I have also included a copy of that ordinance with this letter of response and survey diagram.

8. The Town Attorney found it not applicable.

9. There are no signs which indicate "NO PARKING" on Shockley Drive/Right of Way. We feel as Town Council, that there is no reason or reasons for any "NO PARKING" signs to be put onto Shockley Drive/ Right of Way at the present time.

I hope this letter, survey diagram, and Ordinance No.14 from the Town Council of Frankford are of some help to your concerns about Shockley/Right of Way.

*Signed,*

Councilman: Kenneth Lynch

Council President: Kay Olmstead

Councilman: Jesse Truitt

Councilman: Albert Oliver

Councilman: Theodore Elser

Frankford Town Council
P.O. Box 550
Frankford, De. 19945

*Exhibit E*
*page 31*

*Notice*
*From the Town*
*of Frankford's*
*Ordinance no. 14*
*1992*

1         ARTICLE XI--OFF-STREET PARKING

2         Section 1.     When any building or structure is hereafter

3     erected, off-street parking shall be provided as follows:

4              USE                           PARKING REQUIREMENT

5     (a)  Single-family detached        Two  (2)  spaces  per  family
6     dwellings, multi-family            dwellings
7     dwelling units and single-
8     family attached dwellings

9     (b)  Hotel, motel                  One (1) space per rental room
10                                        or suite, plus one (1) space
11                                        for each three (3) employees
12                                        and two (2) spaces for any
13                                        resident family.

14    (c)  Eating place, tavern,         One (1) space for each fifty
15         restaurant                    (50) square feet assigned for
16                                        patron use, plus one (1) space
17                                        for each two (2) employees on
18                                        the largest shift.

19    (d)  Food service drive-in         Fifteen (15) spaces minimum,
20         facility                      plus one (1) space for each
21                                        one hundred fifty (150)
22                                        square feet of floor
23                                        area.

24    (e)  Office, office building,      One (1) space per two hundred
25         bank or other financial       (200) square feet of floor
26         office                        area, exclusive of basement
27                                        if not used for office or
28                                        customer service purposes.

29    (f)  Retail store; supermarket     One (1) space per two hundred
30                                        (200) square feet of floor
31                                        area used for sales or display
32                                        of merchandise purposes, plus
33                                        one (1) space for each two (2)
34                                        employees   on   the   largest
35                                        shift.

36    (g)  Beauty and barber shop;       One (1) space per two hundred

31

*Exhibit E*
*page 33*

1    Section 2.    Off-street parking facilities shall be
2    provided on the premises to which they are applicable.

3    Section 3.    The following design standards are required
4    for all parking areas:

5         (a)  An off-street parking space is an all-weather,
6    surfaced area not located in any street or alley and having an
7    area of not less than two hundred (200) square feet, ten (10)
8    feet in width and twenty (20) feet in length, exclusive of
9    driveways and maneuvering areas, permanently reserved for the
10   temporary storage of one (1) vehicle and connected with a street
11   or alley by a paved drive-way which affords ingress and egress.

12        (b)  Off-street parking facilities shall be drained to
13   eliminate standing water, prevent damage to abutting property
14   and/or public streets or alleys and surfaced with erosive-
15   resistant material in accordance with the specifications of The
16   Town of Frankford.

17        (c)  Off-street parking areas shall be maintained in a
18   clean and orderly condition at the expense of the owner or lessee
19   of the premises and may not be used for the sale, repair or
20   dismantling or servicing of any vehicles, equipment, materials or
21   supplies.

22        (d)  Parking spaces in lots of more than ten (10)
23   spaces shall be marked by painted lines or curbs or other means

33

*Exhibit E*
*page 10*

1          (kk) **Street** means a public right of way which provides

2    a means of public access to the abutting property.

3          (ll) **Street Line** means the line of dedication in the

4    case of a dedicated street, avenue, lane or alley of the Town and

5    a line twenty-five (25) feet on each side of the center line in

6    the case of a private road.   *=( 50 feet Right of way )*

7          (mm) **Structure** means anything constructed or erected,

8    including any part thereof, the use of which requires permanent

9    location on the ground, or attachment to something having a

10   permanent location on the ground, including, but not limiting the

11   generality of the foregoing, patios, signs, swimming pools,

12   porches, decks, backstops for tennis courts, fences and light

13   standards.

14     Section 2.    Words used in the singular include the

15   plural, words used in the plural include the singular.

10