VHS Video Tape

Exhibit E-20

(filing to be maintained in Clerk's Office)