IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-639-JJF |
| | ) | |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT GUY D. BAYNARD'S MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF

Defendant Guy D. Baynard requests permission to file a Memorandum of Points and Authorities in support of his Motion to Strike pursuant to Dist. Ct. L.R. 7.1.2. (b) in lieu of an opening brief. In support of his Motion, defendant states as follows:

1. Dist. Ct. L.R. 7.1.2. (b) provides that " the Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

2. Plaintiff is pro se. The arguments set forth in Defendant's Motion to Strike do not require complex factual or legal analysis.

**WHEREFORE,** defendant Guy D, Baynard respectfully requests permission to file a Memorandum of Points and Authorities in lieu of an opening brief.

```
                              AKIN & HERRON, P.A.

                              /s/ Bruce C. Herron
                              Bruce C. Herron
                              Atty. I.D. No. 2315
                              1500 Shallcross Avenue
                              Suite 1-A
                              Wilmington, DE 19806
                              (302) 427-6987
                              Attorney for Defendant
```

      **SO ORDERED** this \_\_\_\_ Day of _____, 2007.


Dated: May 8, 2007


H:\tmw5\data\files\Docs\3434.000\MOT\7539.WPD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 98-639-JJF |
| | ) |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 8<u>th</u> day of May, 2007, a copy of **(1) DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF AND (2) DEFENDANT'S MOTION FOR LEAVE TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF** were served via Lexis/Nexis File and mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

                          AKIN & HERRON, P.A.

                          <u>/s/ Bruce C. Herron</u>
                          Bruce C. Herron
                          Attorney I.D. No.: 2315
                          1500 Shallcross Avenue
                          Suite 1-A
                          Wilmington, DE 19806
                          (302) 427-6987
                          Attorney for Defendant