IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| GUY D. BAYNARD, ET AL., | : |
| Defendants. | : |

### ORDER

WHEREAS, on May 10, 2007, the Court held a pretrial conference in the above-captioned matter during which pending matters were discussed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The parties shall submit a status report to the Court regarding the status of settlement discussions **no later than Friday, June 29, 2007**; the Court will reserve judgment on the pending Motions (D.I. 127, 130) until the status report is received;

2) If no settlement agreement is reached, the Court will resolve the pending motions before the end of July 2007;

3) If a trial is necessary, the Court will schedule a pretrial conference for late summer or early fall 2007, with trial scheduled to commence in October 2007.

May 11, 2007

_____
UNITED STATES DISTRICT JUDGE