IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-639-JJF |
| | ) | |
| EX-POLICE CHIEF GUY D. | ) | |
| BAYNARD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is **HEREBY ORDERED** on this _____ day of _____, 2007

Defendant Guy D. Baynard's Motion for Leave to File Memorandum of

Points and Authorities in Lieu of an Opening Brief is **HEREBY**

**GRANTED**.


_____
Honorable Joseph J. Farnan
U.S. District Court Judge


H:\tmw5\data\files\Docs\3434.000\MOT\7583.WPD