IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 98-639-JJF |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 16th day of May, 2007, a copy of **DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF** was served electronically and mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

                                    **AKIN & HERRON, P.A.**

                                    /s/ Bruce C. Herron
                                    Bruce C. Herron
                                    Attorney I.D. No.: 2315
                                    1500 Shallcross Avenue
                                    Suite 1-A
                                    Wilmington, DE 19806
                                    (302) 427-6987
                                    Attorney for Defendant

H:\tmw5\data\files\Docs\3434.000\NOS\7592.wpd