IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 98-639-JJF |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) |
| Defendant. | ) |

## ORDER

It is **HEREBY ORDERED** on this ____ day of _____, 2007 that Defendant Guy D. Baynard's Motion for Clarification of the Court's Order of February 6, 2004 is Hereby Granted and all claims against all defendants are dismissed except the 42 U.S.C. § 1983 false arrest claims against defendant Ex-Police Chief Guy D. Baynard.

                                                    _____
                                                    Honorable Joseph J. Farnan
                                                    U.S. District Court Judge

H:\tmw5\data\files\Docs\3434.000\MOT\7582.WPD