IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 98-639-JJF |
| ) | |
| EX-POLICE CHIEF GUY D. ) | |
| BAYNARD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 16th day of May, 2007, a copy of **DEFENDANT'S MOTION FOR CLARIFICATION OF THE COURT'S ORDER OF FEBRUARY 6, 2004 AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF HIS MOTION** was served electronically and mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

**AKIN & HERRON, P.A.**

/s/ Bruce C. Herron
Bruce C. Herron
Attorney I.D. No.: 2315
1500 Shallcross Avenue
Suite 1-A
Wilmington, DE 19806
(302) 427-6987
Attorney for Defendant

H:\tmw5\data\files\Docs\3434.000\NOS\7591.wpd