IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 98-639-JJF |
| | : |
| GUY D. BAYNARD, ET AL., | : |
| | : |
| Defendants. | : |

**ORDER**

WHEREAS, on May 8, 2007, Defendant Guy D. Baynard filed a Motion For Leave To File Memorandum Of Points And Authorities In Lieu Of An Opening Brief (D.I. 129) requesting permission to file a memorandum in support of his Motion To Strike (D.I. 130) in accordance with Del. L.R. 7.1.2(b);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Leave To File (D.I. 129) is **GRANTED**.

May 14, 2007

UNITED STATES DISTRICT JUDGE