IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS L. SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 98-639-JJF |
| | ) | |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is **HEREBY ORDERED** on this 22 day of May, 2007 Defendant Guy D. Baynard's Motion for Leave to File Memorandum of Points and Authorities in Lieu of an Opening Brief is **HEREBY GRANTED**.

_____
Honorable Joseph J. Farnan JR.
U.S. District Court Judge

H:\tmw5\data\files\Docs\3434.000\MOT\7583.WPD