# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

June 29, 2007

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

      **RE:  Dennis L. Smith v. Ex-Police Chief Guy D. Baynard
           C.A. No. 98-639-JJF**

Dear Judge Farnan:

     Pursuant to the Court's Order of May 11, 2007 this is Defendant's Status Report regarding settlement efforts.

     Since the May 10, 2007 conference with the Court, the parties met to discuss settlement. Some progress has been made. However, there is still a wide gap between the parties' positions and it does not appear that settlement is imminent.

                        Respectfully submitted,

                        /s/ Bruce C. Herron

                        Bruce C. Herron
                        Attorney for Defendant

BCH:tad
cc:  U.S. District Court Clerk (via first class mail)
     Mr. Dennis Smith (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\8001.wpd