Dennis L. Smith
P. O. Box 311
Selbyville, DE 19975

Direct – line;
(302) 732 - 3011

June 25, 2007

*This letter has a total of six (6) pages and four (4) Exhibits*

Original

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570

The Elite / Apex Professional Legal
Service(s) of; Akin & Herron P.A.
Attn; "Senior – Partner;" Mr. Roger A. Akin esq.,
Law Office
C/O **Mr. Bruce C. Herron esq.**,
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047

The Prestigious / Illustrious Incumbent
Chairman; Mr. R. Wax Williamson
C/O **Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
Certified Mail No. 7005 1160 0002 0592 6596

# " STATUS   REPORT "

Re: Judge Joseph J. Farnan, Jr's " **STATUS REPORT** ", and **Attorney Herron's June 12, 2007** settlement **request** concerning Civil Action No. 98 – 639 – JJF.

Dear Judge Joseph J. Farnan, Jr, Mr. Bruce C. Herron and Ms. Dianna L. Mondeau.:

Civil Case No. 98 – 00639JJF, RE; settlement conference meeting, concerning

Judge Joseph J. Farnan, Jr,   Mr. Bruce C. Herron  and Ms. Dianna L. Mondeau
June 25, 2007
Page 2

Compensatory damage(s), **Exemplary / Irreparable damage(s),** all involving the November 15, 1996 false arrest and the December 14, 1996 false arrest of this case. Therefore at this conference meeting on June 12, 2007, individuals available and/or present were as follows: via phone **defendant's diligent insurance agent, Ms. Dianna L. Mondeau** of Scottadale Insurance Company P.O. Box 4120 Scottadale, AZ 85261 – 4120, and in person was **defendant's Attorney Bruce C. Herron** and in person I myself ( Mr. Dennis L. **Smith** ) Pro se.

### Case History -- in summary

I, Plaintiff' (Mr. Dennis L. Smith) filed this lawsuit, civil Case No. 98 – 00639JJF, on November 16, 1998, and demanded legally sixteen million (16,000,000.00) / ( **28 U.S.C.A. § 2108** ) United States currency. This viable – Pendente lite Complaint was Amended on March 1, 1999. Since March 1, 1999, all previous attorney'(s) did not look out for my best interest, nor upheld their mandated not out – dated Fidiciary duty, under law **in which is no fault of mine**. I was also involuntarily vulnerable. The grounds for this lawsuit **ACCRUES** from the date of each false arrest, which is November 15, 199**6** and December 14, 199**6** and other issues of this case, but the only relevant issues at this point, are each false arrest as just mentioned.

From the date of the **ACCRUED** time of this lawsuit, through - from the **FILING** date of this lawsuit, which continues PENDING through to this day / date, of 2007, therefore DAMAGES equals to approximately TEN (10) years, Fully – vehemently negotiable.

Judge Joseph J. Farnan, Jr, Mr. Bruce C. Herron and Ms. Dianna L. Mondeau
June 25, 2007
Page 3

### PROGRESS -- DEFENDANT'S SIDE ACCEPTING RESPONSIBILITY

At this meeting, Attorney Bruce C. Herron stated for the **first time**, that he believe(s) asd I quote; that I (Mr. Dennis L. Smith) was falsely arrested on November 15, 1996, **or we would not be** setting here in this meeting, but did not claim the same for the December 14, 1996 false arrest at this time. However, as a matter of court record, it is just as Prima facie / conclusive. Also, Attorney Bruce C. Herron asked if I (Mr. Dennis L. Smith) would like a written letter of an APOLOGY from the Town of Frankford's Government. Also, the very benevolent - eminent and I Qute; Ms. Dianna L. Mondeau asked me (Mr. Deinnis L. Smith), what will it take to settle this case, so that you will not have to think of a "STRATEGY" for the next step, under STRESS, for this on going case. As I (Mr. Dennis L. Smith) have said approximately TEN (10) YEARS ago, that this civil Case No. 98 – 00639JJF, is a "Prima Facie Case", and all I ask for is Equal Justice under the law, as far as elemental - fundamental, rudimentary **constitutional fairness.**

### SETTLEMENT PROGRESS TO DATE

**Settlement Progress to date** - concerning the Court of Chancery's C.A. No. 1961 –S, therefore see defendant's Attorney Bruce C. Herron's letter dated October 5, 2006 to defendant's insurance agent Ms. Dianna L. Mondeau of Scottsdale Insurance Company, with it's enclosed letter which is also dated October 5, 2006 from defendant's Attorney

4

Judge Joseph J. Farnan, Jr, Mr. Bruce C. Herron and Ms. Dianna L. Mondeau
June 25, 2007
Page 4

Dennis L. Schrader, attached as **Exhibit AA**. Also, see defendant's Attorney Dennis L. Schrader's up-dated settlement letter dated October 27, 2006, attached as **Exhibit BB**. **As I ( Mr. Dennis L. Smith ) in the past, Heretofore- had requested one hundred twenty five thousand ( $ 125,000.00) dollars with Exhibit BB**.

On June 12, 2007, defendant's insurance agent Ms. Dianna L. Mondeau did not offer to settle civil case No. 98 – 00639JJF, for **one hundred twenty five thousand ( $ 125,000.00) dollars with Exhibit BB**. Therefore, I **then** requested ninety thousand ( $ 90,000.00) dollars **free and clear**, with Exhibit BB, **only under the conditions that** Exhibit BB [Agreement document], be **EXTENDED** by the Town of Frankford's Government, by allowing me ( Mr. Dennis L. Smith ) in writing, [At My Option] on property Tax Map No.4 – 33 – 6.15, parcels 2.01, 2.02 to remove and replace my Boat workshop and to remove the old house and replace it with three (3) Duplex Unit / type of housing to rent. **See attached Exhibit CC**, for Plot for location of [new] buildings on propery, **Keep in mind**, if I sign off with defendant's insurance company and my stress problems do not go away and I later become ill from approximately ten (10) Years of past stress, therefore **who will help me ?** Also, as I understand it, it will be my responsibility Per se only subsequent / contingent to any honorable mutual agreement(s). Keep in mind, Medical Insurance / Health Care is very high today. **On June 12, 2007, Attorney Bruce C. Herron requested that I ( Mr. Dennis L. Smith ) put this request**

5

Judge Joseph J. Farnan, Jr,   Mr. Bruce C. Herron   and Ms. Dianna L. Mondeau
June 25, 2007
Page 5

## in writing.

### COMPENSATORY DAMAGE(S), EXEMPLARY DAMAGE(S)

For approximately Ten (10) Years, I ( Mr. Dennis L. Smith ) have stressfully called and driven around in search for an attorneys, also for approximately Eight (8) Years I have driven to Wilmington, Delaware concerning this case. For approximately Eight (8) Years, I ( Mr. Dennis L. Smith ) have paid money to attorneys concerning this case. For approximately Ten (10) Years, I ( Mr. Dennis L. Smith ) continues to live with **FUTILE FEELING(S)** from this case, **as a Black man with constitutional rights that do not work, which is also** based on the fact that Frankford's Police Chief Guy D. Baynard took me off of my property against my will, totally against my will and in full – blown multiplicious Federal violation(s) of; 42 U.S.C.A § **1981(a)** § **1985(3)** § **1983 / abuse of authority and as we know unequivocally Former Police Chief Guy D. Baynard, is no longer a police officer in the state of Delaware** based on {hate crime} like – similar - same vexations, color of law Despotic malfeasance, Deplorable adverse, tortuous, act(s) and lie(s). For approximately Ten (10) Years, I ( Mr. Dennis L. Smith ) continues to have bad dreams concerning hatred towards me with night sweats from this case. For approximately. Ten (10) Years, I ( Mr. Dennis L. Smith ) continues to live with all kind of stress from this case.                 6

Judge Joseph J. Farnan, Jr,   Mr. Bruce C. Herron  and Ms. Dianna L. Mondeau
June 25, 2007
Page 6

This suffering just mentioned should have never been. Approximately (10) Years ago in the past, I know that I could have started getting medical help or even now, but I believe in God. Keep in mind, if this civil case No. 98 – 00639JJF, is settled and I then continue to have night sweats and other medical health problems which I can not fix after a reasonable time span, therefore I will need medical help. 02nd notice; in which, if we reach a mutual agreement. I will be on my own Per se technically / legally, as a matter of Law....

## TOWN OF FRANKFORD'S POLICE CHIEF GUY D. BAYNARD'S CREDIBILITY ISSUES

Concerning the December 14, 1996, false arrest, it will likewise / also be good for Attorney Bruce C. Herron and I ( Mr. Dennis L. Smith ) have a conference meeting to view the Attorney General office's Memorandum dated February 4, 19**98**, RE: No. AG# 97-01-0019, which is against defendant Police Chief Guy D. Baynard's **CREDIBILITY** / **BELIEVABLE** / **TRUSTWORTHY** ISSUES. Also, if necessary it will be good to view my ( Mr. Dennis  L. Smith ) { Prima facie } December 14, 1996 false arrest video tape, **after  first** viewing my May 25, 1996 false arrest video tape and my November 9, 1996 false arrest video tape, also other evidence, **to rightfully understand the truth.**

In, a nut shell; **IRREPARABLE  DAMAGE(S)**, I have yielded, to be legally examined (via) a psychiatrist and/or therapist Per se. However, I promise you that 1 am not the

7

Judge Joseph J. Farnan, Jr, Mr. Bruce C. Herron and Ms. Dianna L. Mondeau
June 25, 2007
Page 7

same person that I was – prior, to these illegally notoriously court documented; RACIAL INJUSTICE based; unrealistic Obloquy(s) of your(s) truly former police – Chief tort – feasor; Mr. Guy D. Baynard; Plan and simple. The only way that I will reduce the; **28 U.S.C.A. § 2108, / 16,000.000.00** as I simply reiterate as long as I get what I have autoptically – tangibly requested; **PLEASE SEE PAGE; 04 OF THESE DOCUMENT(S).**

I want all to know, that I (Mr. Dennis L. Smith) do not feel totally comfortable, around white Police officer(s), who are "RACIST; I did not feel this way prior to these indignant doli capax, Racial Injustice(s). Your insured former Police Chief Guy D. Baynard did violate my Inalienable at birth legally ascertained, civil – Right(s), and it must be legally compensated for, Under Law; Especially due to his tortuous **Intentional**;

01. Malice Aforethought – like despotic - Behavior.
02. Reckless Indifference.
03. His vicariously liable wrongful act(s) have been a adverse factor in my life, in which has affected myself and my family. / Futile feeling(s) are viavble.
04. Irreparable damage(s),…..

8

Judge Joseph J. Farnan, Jr,   Mr. Bruce C. Herron  and Ms. Dianna L. Mondeau
June 25, 2007
Page 8

Please Take Notice;

The wrongful – wanton. Racial divide, based intentional "suspect" tortuous - tort(s); of your Heretofore past Superficial tainted police Chief, your insured Guy D. Baynard. His Racial – baited – bait unconstitutional act(s) were / are patently – violative, and of express constitutional prohibition(s) as a matter of Lawk, and in fact, the longer tis case remain(s), Pendente lite, the more vitreous - like, vehement, it may seem that some may without just reason, Repugnantly condone, and the former tort – feasor Chief(s) Malfeasance Racial – Divide based, { wanton } color of Authority **42 U.S.C.A. § 1983** colore officii, disgraceful Pre - " Jim Crow – like, non – edifying, non – Equally protected, baseless – vile indignant sensless despotic – act(s) against **HUMANITY**.

## SEE EXHIBIT CC AND IT'S ATTACHED, FILED "SUMMARY JUDGEMENT".

Respectfully, Submitted,

*Dennis L. Smith*

Dennis L. Smith - Pro se

CC: **Ms. Dianna L. Mondeau of** Scottadale Insurance Company - very special thank(s) same(s)

Enclosed: **Exhibit "AA", Exhibit "BB"** and **Exhibit "CC"**