IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH,                :
                                :
        Plaintiff,              :
                                :
    v.                          : Civil Action No. 98-639-JJF
                                :
GUY D. BAYNARD,                 :
                                :
        Defendant.              :

### ORDER

WHEREAS, on May 4, 2007, Plaintiff filed a Motion For Summary Judgment (D.I. 127);

WHEREAS, on May 8, 2007, in response, Defendant filed a Motion To Strike Plaintiff's Motion For Summary Judgment (D.I. 130);

WHEREAS, the Court reserved judgment on the pending motions until the parties submitted their status reports regarding settlement negotiations (D.I. 131);

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an answering brief to Defendant's Motion **no later than Thursday July 19, 2007**. Defendant shall file a reply brief, if any, **no later than Thursday July 26, 2007**.

July 5, 2007

                                    _____
                                    UNITED STATES DISTRICT JUDGE