IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| GUY D. BAYNARD, ET AL., | : |
| Defendants. | : |

### JUDGMENT ORDER

At Wilmington, this 5 day of July 2007, in accordance with the Court's February 9, 2004 Order (D.I. 88),

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants Frankford Police Department, Kay A. Olmstead, Jesse Truitt, Albert Oliver, Steven C. Brought, Kenneth Lynch, Thomas W. Esender, and Theodore Elser, and against Plaintiff on all of Plaintiff's claims, with the exception of Plaintiff's false arrest claim made pursuant to 42 U.S.C. § 1983 against Defendant Guy D. Baynard relating to the incidents of December 14, 1996.

_____
UNITED STATES DISTRICT JUDGE

_____
(By) DEPUTY CLERK