IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS LEE SMITH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 98-639 JJF |
| | : | |
| GUY BAYNARD, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Plaintiff, Dennis Lee Smith, submitted several papers dated July 19, 2007;

WHEREAS, it is not clear whether the remaining Defendant, Guy Baynard was served the papers submitted to the Court;

IT IS HEREBY ORDERED that:

1) The papers submitted by Plaintiff shall be docketed as a Motion To Recuse;

2) Defendant, Guy Baynard, shall file any Response to said motion by August 10, 2007;

3) Plaintiff shall file any Reply by August 17, 2007

August 2, 2007
DATE

_Joseph J. Farnan Jr._
UNITED STATES DISTRICT JUDGE