# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

*Original*

| | |
|---|---|
| DENNIS SMITH<br>    PLAINTIFF<br><br>V.<br><br>EX - POLICE CHIEF GUY D. BAYNARD,<br>INDIVIDUALLY AS AGENT OF<br>FRANKFORD TOWNSHIP<br>    AND<br>FRANKFORD POLICE DEPARTMENT<br>    AND<br>JESSE TRUITT, INDIVIDUALLY AND AS<br>COUNCILMAN AND POLICE<br>COMMISSIONER, AND AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>ALBERT OLIVER, INDIVIDUALLY AND<br>AS COUNCILMAN, AND AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>STEVEN C. BROUGHT, INDIVIDUALLY AND<br>AS FORMER COUNCILMAN PRESIDENT,<br>AND AS AGENT FOR FRANKFORD<br>TOWNSHIP<br>    AND<br>KENNETH LYNCH, INDIVIDUALLY<br>AND COUNCILMAN AND AS AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>THOMAS W. ESENDER, INDIVIDUALLY<br>AND AS FORMER COUNCILMAN<br>PRESIDENT, AND AS AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>THEODORE ELSER, INDIVIDUALLY AND<br>AS COUNCILMAN, AND AS AGENT FOR<br>FRANKFORD TOWNSHIP | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **98 - 00639 JJF**<br><br><br><br><br><br><br>**"Federal Question(s)"**<br>**Illegally - Delayed**<br><br>**28 U.S.C.A. § 1331.** |

FILED<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE<br>2007 JUL 19  PM 3: 29

| | |
|---|---|
| DEFENDANTS | ) |
| | ) |

## Re: 28 U.S.C.A. § 455(b)(1).

### "Motion"

To at all deliberate " Speed; "

" Disqualify "

The current / incumbent **42 U.S.C.A. § 1985(3)**.

Biased / Prejudiced de facto presiding Judge;

The Hon. Joseph J. Farnan Jr., solely in the interest of " Justice ",.

I, the injured involuntarily, unconstitutionally, - {**teamed - up - against**} victim of ungodly invidious discrimination(s) " plaintiff; " Mr. Dennis L. Smith,. Due hereby truly feel in good faith that this, {over - due imperative} manifest relevant / pertinent **SUBSTANTIVE** " **Motion** to **disqualify** Judge shall; {ISSUE} due to;

{01}. The incumbent presiding justice'(s), full vehement " knowledge; " that this {Civil – Case}, has been " Pendente lite; " since; Nov. 16th, 1998, as a Matter of Law,.

{02}. The de facto, unethical, immoral, - " Despotic " current judge; Hon. Farnan, has totally evaded, the very fabric of the mandate(s) of Art. III . Section 2. Of, our Honorable; UNITED STATES CONSTITUTION, as well as **28 U.S.C.A. § 453**.

{03}. The constitutional expeditious administration of Justice , " DENIED ",. and therefore ground(s) too,. To disqualify (same) Civil – Case pending since November 16, 1998 {Sic}.

{04}. The autoptic factual obloquy of tangible fact(s), that this case in total mutual fairness, must end,. A.S.A.P. As a matter of " EQUAL JUSTICE, " Under the Law, and

is also substantiated {via} the following Prima facie **exhibits conspiracy sequence**; See and hear attached recorded tape **Exhibit A** for Detrimental Reliance issues, See attached **Exhibit B** for conspiracy plan, See attached **Exhibit C** of Attorney Bruce C. Herron's follow – up letter dated February 28, 2007 which is after this February 22, 2007 tape recording and see attached **Exhibit D** <u>clarification order,</u> which covered – up the **November 15, 1996** Prima facie false arrest.

## DECEIVING A PRO SE

Respectfully, Submitted,

*/s/ Dennis L. Smith*

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date July 19, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
DELAWARE

DENNIS L. SMITH                               :
                                              :   C.A. No. 98 – 00639 JJF
                                              :
         Plaintiff,                           :
                                              :
   vs.                                        :
                                              :
                                              :
EX – POLICE CHIEF GUY D.                      :
BAYNARD, INDIVIDUALLY AND AS                  :
AGENT OF FRANKFORD TOWNSHIP,                  :
et al.,                                       :
                                              :
         Defendants                           :

## AFFIDAVIT OF DENNIS L. SMITH

STATES OF DELAWARE   :
                     : SS.
NEW CASTLE COUNTY    :

The, preceding - indelible truthful – statement(s) in the " **28 U.S.C.A. § 455(b)(1). Motion** " are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here – under; **28 U.S.C.A. § 1746**, and **18 U.S.C.A. § 1621**.

_____          July 19, 2007
Dennis L. Smith                    Date

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the " **28 U.S.C.A. § 455(b)(1). Motion** " have been certified mailed or hand delivered on this ___19___ day of July 19, 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 0460 0001 5101 7877**

**Mr. Bruce C. Herron esq.,**
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 0460 0001 5101 7884**

**Notice: Exhibit A, Tape Recording** only to this Court and Attorney Bruce C. Herron one copy.

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

_____
Dennis L. Smith

Exhibit
A

See Attached

Exhibit A

Tape Recording

# Exhibit B

## EXHIBIT B

**Key understanding: ONLY – about what the Judge done / stated, but now CONTRADICTS him self**

I (Mr. Dennis L. Smith) do hereby acknowledge **to the court,** and the tortfeason adversarie(s) that I had a **DETRIMENTAL RELIANCE TO THE FOLLOWING**

The True fact(s)

On a tape recording dated February 22, 2007, hear the **AGREEMENT** concerning civil case No. 98 – 639 JJF, **TWO (2) FALSE ARREST** below:

On this tape mentioned above, Attorney Bruce C. Herron **as** an officer of the United States **Federal** District Court of Wilmington, Delaware confirmed the following:

1. (Attorney Bruce C. Herron) confirmed, and I quote, "... but what **Judge Farnan has done**, he dismissed all claims except for two (2); except for the two (2) relating to the arrest by Chief Baynard, so that's **really**, those are the only issues that are out there." (Mr. Dennis L. Smith) agreed - "**YES**" (Attorney Bruce C. Herron) confirmed, and I quote, " The **first one**, was the, ah the one in November, where you **called about parking**" (Mr. Dennis L. Smith) agreed - "**YES**"

2. (Attorney Bruce C. Herron) confirmed, "**There are two (2) claims here, two (2) false arrest...**" -------------Note: Hear this tape details on attached **Exhibit A,** eassette tape

Attorney Bruce C. Herron as a witness and a officer of the Unites States Federal court, who confirmed that **Judge Joseph J. Farnan Jr.** and I, (Mr. Dennis L. Smith), all are in the same agreement as to, two (2) false arrest only remaining in this case, which are the **November 15**, 1996 and the **December 14**, 1996 arrest.

At the June 12, 2007 settlement meeting Attorney Bruce C. Herron stated for the first time, that he believe(s) and I quote; that I (Mr. Dennis L. Smith) was falsely arrested on November 15, 1996 or **we would not be** setting here in this meeting.

This November 15, 1996 false arrest has been a **Prima Facie Case** since 1998 through to this date.-------------------- ( Evidence see video tape E20 )

**Vs**

See page 2

Page 2

### Proscribed, Vexatious CONSPIRACY PLAN - 42 U.S.C.A. § 1985(3).

Based on **officer / witness** of the court, **Attorney Bruce C. Herron's** recorded statements as mentioned above, therefore Judge Joseph J. Farnan Jr's **Clarification order** ( D.I. 140 ) dated July 5, 2007 is **deceitful** by covering –up and not pointing out the **November 15, 1996 false arrest as** Attorney Bruce C. Herron and I ( Mr. Dennis L. Smith ) AGREED on February 22, 2007, **before** this July 5, 2007 order. In this Clarification order, see this quote from this Judge's order, and I quote, " WHEREAS, the court understands that its February 9, 2004, order (D.I. 88) granted the Defendants' Motion For Summary Judgment (D.I. 57) as to all of Plaintiff's claims except for Plaintiff's false arrest claim made pursuant to 42 U. S. C. § 1983 against Defendant Baynard relating to **the incidents of December 14, 1996;**...."

Judge Joseph J. Farnan Jr., and Attorney Bruce C. Herron had my **E20 Video Tape** and ex – police Chief Guy D. Baynard's **November 15, 1996 Affidavit of Probable Cause – Exhibit A and B**, with other **Evidences** for many years. Judge Joseph J. Farnan Jr., illegally allowed this case to be pending for approximately eight (8) years and illegally allowed a **Prima Facie November 15, 1996** false arrest, done by the Town of Frankford's ex – police Chief Guy D. Baynard to be covered – up and all **RESPONSIBLE** individuals that **HIRED** ex – police Chief Guy D. Baynard for a **FEE**, to go FREE of their Actionable Negligence.

All Lawyers and Judges must, Upholding the Constitution of the United States and must not unconstitutionally trick and/or deceive and/or partake of illegal act and/or acts against a Citizen Constitutional Right(s). More may be involved in this " conspiracy plan " which may have stated in 1994.

Clearly this **unfair " clarification order "** is design to help Attorney Bruce C. Herron, the Town of Frankford's government and ex - Police Chief Guy D. Baynard. -------- Conspiracy against Rights   18 U.S.C.A. § 241

*Dennis J Smith* July 19, 2007

# Exhibit C

*Exhibit C*

# AKIN & HERRON, P.A.
ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

February 28, 2007

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

> RE: **Dennis L. Smith v. Ex-Police Chief Guy D. Baynard**
> C.A. No. 98-639-JJF

Dear Judge Farnan:

This is Defendant's Status Report as requested by the Court's letter of February 20, 2007.

I met with Mr. Smith last week to discuss possible settlement, as well as the option of private mediation. My clients are willing to consider private mediation. I believe the input of a neutral party would be helpful. I have forwarded my clients' written settlement proposal to Mr. Smith.

Based on the Court's Order of February 9, 2004 (D.I. 88) the only remaining defendant is Ex-Police Chief Baynard and plaintiff's only remaining claims are for false arrest. If we are unable to resolve the case in the next few weeks it is unlikely the case can be settled. Defendant therefore requests that the Court set a trial date with respect to the remaining claims.

Respectfully submitted,
/s/ Bruce C. Herron
Bruce C. Herron
Attorney for Defendant

BCH:tad
cc:  U.S. District Court Clerk (via first class mail)
     Mr. Dennis Smith (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\6878.wpd

# Exhibit D

D.I. 140

*Exhibit D*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| GUY D. BAYNARD, ET AL., | : |
| Defendants. | : |

### ORDER

WHEREAS, on May 16, 2007, Defendant Guy D. Baynard filed a Motion For Clarification Of The Court's February 9, 2004 Order, requesting that the Court clarify its Order and dismiss all claims except the false arrest claim against Defendant Baynard (D.I. 133);

WHEREAS, the Court understands that its February 9, 2004, Order (D.I. 88) granted the Defendants' Motion For Summary Judgment (D.I. 57) as to all of Plaintiff's claims except for Plaintiff's false arrest claim made pursuant to 42 U.S.C. § 1983 against Defendant Baynard relating to the incidents of December 14, 1996;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant Baynard's Motion For Clarification (D.I. 133) is **GRANTED**; a final judgment order as to the terminated Defendants and claims will be issued.

July 5, 2007

_____
UNITED STATES DISTRICT JUDGE