# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

*Original*

| | |
|---|---|
| DENNIS SMITH<br>    PLAINTIFF )<br>) | Case No. **98 - 00639 JJF** |
| V. ) | |
| ) | |
| EX - POLICE CHIEF GUY D. BAYNARD, )<br>INDIVIDUALLY AS AGENT OF )<br>FRANKFORD TOWNSHIP )<br>    AND )<br>FRANKFORD POLICE DEPARTMENT )<br>    AND )<br>JESSE TRUITT, INDIVIDUALLY AND AS )<br>COUNCILMAN AND POLICE )<br>COMMISSIONER, AND AGENT FOR )<br>FRANKFORD TOWNSHIP )<br>    AND )<br>ALBERT OLIVER, INDIVIDUALLY AND )<br>AS COUNCILMAN, AND AGENT FOR )<br>FRANKFORD TOWNSHIP )<br>    AND )<br>STEVEN C. BROUGHT, INDIVIDUALLY AND )<br>AS FORMER COUNCILMAN PRESIDENT, )<br>AND AS AGENT FOR FRANKFORD )<br>TOWNSHIP )<br>    AND )<br>KENNETH LYNCH, INDIVIDUALLY )<br>AND COUNCILMAN AND AS AGENT FOR )<br>FRANKFORD TOWNSHIP )<br>    AND )<br>THOMAS W. ESENDER, INDIVIDUALLY )<br>AND AS FORMER COUNCILMAN )<br>PRESIDENT, AND AS AGENT FOR )<br>FRANKFORD TOWNSHIP )<br>    AND )<br>THEODORE ELSER, INDIVIDUALLY AND )<br>AS COUNCILMAN, AND AS AGENT FOR )<br>FRANKFORD TOWNSHIP ) | "Federal Question(s)"<br>Illegally - Delayed<br><br>28 U.S.C.A. § 1331.<br><br><br><br><br><br><br><br><br>2007 JUL 19 PM 3: 28<br>FILED<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |

DEFENDANTS                              )
                                        )
                                        )

Re:   28 U.S.C.A. § 455(b)(1).

"LETTER – 1 of MOTION"

**Please Take Notice of this legal letter, being sent to; The Staff of Hon. Chief – Judge Hon. Gregory M. Sleet Dearest; Staff of Chief - judge Gregory M. Sleet**

This Letter is concerning Judge Joseph J. Farnan Jr.

STATEMENT

"No" Judge shall possess, apparent, nor actual "Bias, as a matter, of law,. and there are substantial Prima facie, now docketed evidence(s), that "Unconstitutional, favoritism, and or prejudice, has set in, illegally, in this matter,. In which is totally, "Patently" VIOLATIVE, AND OF "EXPRESS, CONSTITUTIONAL, "PROHIBITION(S),. See; U.S. Constitution., 14th Amendment,. **See all Motions and/or letter filed on this date, July 19, 2007, and Exhibits, if attached**.

## DECEIVING A PRO SE

Respectfully, Submitted,

*[signature]*

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date _July 19, 2007_

2

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH                            :
                                           :   C.A. No. 98 – 00639 JJF
            Plaintiff,                     :
                                           :
    vs.                                    :
                                           :
EX – POLICE CHIEF GUY D.                   :
BAYNARD, INDIVIDUALLY AND AS               :
AGENT OF FRANKFORD TOWNSHIP,               :
et al.,                                    :
                                           :
            Defendants                     :

### AFFIDAVIT OF DENNIS L. SMITH

STATES OF DELAWARE      :
                        : SS.
NEW CASTLE COUNTY       :

The, preceding - indelible truthful – statement(s) in the " **28 U.S.C.A. § 455(b)(1). LETTER 1 of Motion** " are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here – under; 28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.

_____          _____July 19 2007_____
Dennis L. Smith                          Date

## CERTIFICATE OF SERVICE

     I hereby certify that two true copies of the " **28 U.S.C.A. § 455(b)(1). LETTER 1 of Motion** " have been certified mailed or hand delivered on this ___19___ day of July 19, 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 0460 0001 5101 7877**

**Mr. Bruce C. Herron esq.,**
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 0460 0001 5101 7884**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

_____
Dennis L. Smith