# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

*Original*

| | |
|---|---|
| DENNIS SMITH<br>    PLAINTIFF<br><br>V.<br><br>EX - POLICE CHIEF GUY D. BAYNARD,<br>INDIVIDUALLY AS AGENT OF<br>FRANKFORD TOWNSHIP<br>    AND<br>FRANKFORD POLICE DEPARTMENT<br>    AND<br>JESSE TRUITT, INDIVIDUALLY AND AS<br>COUNCILMAN AND POLICE<br>COMMISSIONER, AND AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>ALBERT OLIVER, INDIVIDUALLY AND<br>AS COUNCILMAN, AND AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>STEVEN C. BROUGHT, INDIVIDUALLY AND<br>AS FORMER COUNCILMAN PRESIDENT,<br>AND AS AGENT FOR FRANKFORD<br>TOWNSHIP<br>    AND<br>KENNETH LYNCH, INDIVIDUALLY<br>AND COUNCILMAN AND AS AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>THOMAS W. ESENDER, INDIVIDUALLY<br>AND AS FORMER COUNCILMAN<br>PRESIDENT, AND AS AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>THEODORE ELSER, INDIVIDUALLY AND<br>AS COUNCILMAN, AND AS AGENT FOR<br>FRANKFORD TOWNSHIP | Case No. **98 - 00639 JJF**<br><br><br><br><br><br><br><br>"Federal Question(s)"<br>Illegally - Delayed<br><br>28 U.S.C.A. § 1331. |

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JUL 19 PM 3:28

| | |
|---|---|
| DEFENDANTS | ) |
| | ) |
| | ) |

Re:  28 U.S.C.A. § 455(b)(1).

" LETTER - 2 of MOTION "

**To;  The Honorable Circuit Justice Hon. David H. Souter of the Supreme Elite {09}.**

**To;  The Chief - Judge Hon. "Anthony J. Scirica," of U.S. 03rd Circuit,.**

**To;  Hon. "Gregory M. Sleet" Chief - Judge of the U.S. District of Delaware**

This Letter is concerning Judge Joseph J. Farnan Jr.

F A C T U A L   S T A T E M E N T

In reference to the Despotic - like, " Conspiracy " to again deny my civil libertie(s); This time (via) wrongful Intentional, conspiracy based Delay(s), of the current soon to be vehemently immediately constitutionally Replaced Hon. Judge Farnan,. Only, in the " Sole, " Interest, of JUSTICE,.

If Justice is delayed in Civ. Act. No. 98 - 639JJF, after August 05, 2007 and/or possibly before,. A, viable, bona fide " **Extraordinary Writ of Mandamus**, will be Vehemently, " Pendente lite, before the proper, { SITUS } , for " INSTANT _ "ACTION,. Here - Under;  **28 U.S.C. § 1651(a). § 1331., § 1361. § 1657**, and other, relevant / pertinent Ferderalized Cognizable, explicit enactment(s). I, am a " Black Man, / a " Proud " Native " African American, **simply seeking JUSTICE, as a matter, of law,. ...........**

**Urgent Manifest Factual Notice;**

Please Take Legal Notice;

The town / township of Frankford, Del., is {Not}, legally immune here - under **42 U.S.C.A. § 1983**,. Nor my other initial viable proximate self - executing lethal cognizable Federal Question Justa Causa(s);

**The U.S. Constitution. 11th Amendment does not protect nor, make immune Political - subdivision(s) of any State,. As a Matter of Law,.**

Counsel for defendant'(s) Bruce Heron has verbally admitted the vicarious liability of the Scottsdale Insurance Co, As well as the actual Tort - feasors, of the Town of " Frankford,. Mainly, former Ex-Police Chief Guy D. Baynard, who is " NO " longer, a Police Officer, in the State Of DELAWARE,. ..............

Please Take Legal Notice;

My viable Pending imperative motion for Summary Judgment, is solely based on the fact, that a **Prima Facie Case** is on this docket. There are no pending Genuine issue(s), nor material fact(s), to convey. Please see also defendant(s) counsel affirmed liability, PLEASE See all Motions and/or letter filed on this date, July 19, 2007, and Exhibits, if attached.

# DECEIVING A PRO SE

Respectfully, Submitted,

*/s/ Dennis L. Smith*
Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date July 19, 2007

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH | : |
| | : C.A. No. 98 – 00639 JJF |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| EX – POLICE CHIEF GUY D. BAYNARD, INDIVIDUALLY AND AS AGENT OF FRANKFORD TOWNSHIP, et al., | : |
| | : |
| Defendants | : |

**AFFIDAVIT OF DENNIS L. SMITH**

STATES OF DELAWARE   :
                     : SS.
NEW CASTLE COUNTY    :

The, preceding - indelible truthful – statement(s) in the " **28 U.S.C.A. § 455(b)(1). LETTER 2 of Motion** " are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here – under; 28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.

_____          _July 19, 2007_
Dennis L. Smith                   Date

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the "**28 U.S.C.A. § 455(b)(1). LETTER 2 of Motion**" have been certified mailed or hand delivered on this _19_ day of July 19, 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801-3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 0460 0001 5101 7877**

**Mr. Bruce C. Herron esq.,**
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 0460 0001 5101 7884**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

_Dennis L. Smith_
Dennis L. Smith