# IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

Original

DENNIS SMITH
    PLAINTIFF )
) Case No. **98 - 00639 JJF**
V. )
)
EX - POLICE CHIEF GUY D. BAYNARD, )
INDIVIDUALLY AS AGENT OF )
FRANKFORD TOWNSHIP )
    AND )
FRANKFORD POLICE DEPARTMENT )
    AND )
JESSE TRUITT, INDIVIDUALLY AND AS )
COUNCILMAN AND POLICE )
COMMISSIONER, AND AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
ALBERT OLIVER, INDIVIDUALLY AND )
AS COUNCILMAN, AND AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
STEVEN C. BROUGHT, INDIVIDUALLY AND )
AS FORMER COUNCILMAN PRESIDENT, )
AND AS AGENT FOR FRANKFORD )
TOWNSHIP )
    AND )
KENNETH LYNCH, INDIVIDUALLY )
AND COUNCILMAN AND AS AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
THOMAS W. ESENDER, INDIVIDUALLY )
AND AS FORMER COUNCILMAN )
PRESIDENT, AND AS AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
THEODORE ELSER, INDIVIDUALLY AND )
AS COUNCILMAN, AND AS AGENT FOR )
FRANKFORD TOWNSHIP )

FILED
AUG - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bp scanned

DEFENDANTS                              )
                                        )
                                        )

## Emergency Imperative "Motion"

For Motion to Legally { "Reconsider"; } the Honorable, but de facto July 05th, 2007 A.D. " Intra – Order " of the Honorable; Fed – judge Joseph J. Farnan Jr., the de facto, at viable Notorious Issue July 05th, 2007 A.D. superficial / Questionable.

Intra – { Order } has truly prejudiced my legal – position;

Fast – Fact(s);

Unequivocal Respondeat Superior **DOES EXIST;**

Please Take Notice;

This shall be taken seriously,. Due to the Heretofore sole purpose of the {wrongful – viable } July 05th 2007 A.D. Superficial Order,.

The intentional Prohibited **42 U.S.C. § 1985(3).** { Suspicions – Attempt } to {via} possible Fraud on court – like,. Vel Non make the very viable as written / as legally Heretofore docketed " **November 15th, 1996 false arrest** " of fired Tort – feasor former so – called; Chief of Police Mr. Guy D. Baynard,. These proscribed manifest attempt(s) to make this **Prima facie – Exact – Evidence factual – fact of**; as second Notice, the " **November 15th, false arrest** ", wrongful – vexatious **unconstitutional ARREST** that cannot be

2

covered – up or **illegally ERASED** due to; **November 15th, 1996 illegal false arrest** indelibility of fact.

See the attached, **Exhibit A**, de facto July 05th, 2007 A.D. **DECEITFUL** " **CLARIFICATION ORDER** " ( D.I. 140 ).

**The Question is, why would anyone want to add damages to me ( Mr. Dennis L. Smith ) by covering – up the truth ?**

**DECEIVING A PRO SE**

Respectfully, Submitted,

*/s/ Dennis L. Smith*

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date _July 31 2007_

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH                      :
                                     :   C.A. No. 98 – 00639 JJF
                                     :
         Plaintiff,                  :
                                     :
    vs.                              :
                                     :
                                     :
EX – POLICE CHIEF GUY D.             :
BAYNARD, INDIVIDUALLY AND AS         :
AGENT OF FRANKFORD TOWNSHIP,         :
et al.,                              :
                                     :
         Defendants                  :

### AFFIDAVIT OF DENNIS L. SMITH

STATES OF DELAWARE    :
                      : SS.
NEW CASTLE COUNTY     :

The, preceding - indelible truthful – statement(s) in the " **Emergency Imperative Motion** " are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here – under; **28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621**

_____          July 31, 2007
Dennis L. Smith                    Date

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the "**Emergency Imperative Motion**" have been certified mailed or hand delivered on this ___31___ day of July, 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr. **and**
The Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801-3570
**Certified Mail**
**7002 0460 0001 5101 7921**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 0460 0001 5101 7914**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261-4120
**Certified Mail**
**7002 0460 0001 5101 7891**

**Mr. Bruce C. Herron esq.**,
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899-5047
**Certified Mail**
**7002 0460 0001 5101 7907**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

_____
Dennis L. Smith

D.I. 140

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH,            :
                            :
         Plaintiff,         :
                            :
    v.                      :  Civil Action No. 98-639-JJF
                            :
GUY D. BAYNARD, ET AL.,     :
                            :
         Defendants.        :

**ORDER**

WHEREAS, on May 16, 2007, Defendant Guy D. Baynard filed a Motion For Clarification Of The Court's February 9, 2004 Order, requesting that the Court clarify its Order and dismiss all claims except the false arrest claim against Defendant Baynard (D.I. 133);

WHEREAS, the Court understands that its February 9, 2004, Order (D.I. 88) granted the Defendants' Motion For Summary Judgment (D.I. 57) as to all of Plaintiff's claims except for Plaintiff's false arrest claim made pursuant to 42 U.S.C. § 1983 against Defendant Baynard relating to the incidents of December 14, 1996;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant Baynard's Motion For Clarification (D.I. 133) is **GRANTED**; a final judgment order as to the terminated Defendants and claims will be issued.

July 5, 2007

_____
UNITED STATES DISTRICT JUDGE

From: Mr. Dennis L Smith
P.O. Box 311
Selbyville, De 19975





7002 0460 0001 5101 7921

$6.45



RECEIVED
AUG - 1 2007




ReadyPost
Utility Mailer

To: Judge Joseph J. Farnan Jr.
—And—
The office of the clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, De 19801-3570