IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 98-639-JJF |
| | ) |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION TO STRIKE EXHIBITS A AND B ATTACHED TO PLAINTIFF'S MOTION TO RECUSE

Pursuant to Federal Rule of Civil Procedure 12(f) and Federal Rule of Evidence 408, defendant moves to strike Exhibits A and B attached to Plaintiff's Motion to Recuse. The grounds for defendant's Motion are set forth in the Memorandum of Points and Authorities filed simultaneously herewith.

                                                   **AKIN & HERRON, P.A.**

                                                   /s/ Bruce C. Herron
                                                   Bruce C. Herron
                                                   Attorney I.D. No.: 2315
                                                   1500 Shallcross Avenue
                                                   Suite 1-A
                                                   Wilmington, DE 19806
                                                   (302) 427-6987
                                                   Attorney for Defendant

Dated: August 7, 2007

H:\tmw5\data\files\Docs\3434.000\MOT\8190.wpd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   C.A. No. 98-639-JJF |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) ) ) ) |
|     Defendant. | ) |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 7th day of August, 2007, a copy of **DEFENDANT'S MOTION TO STRIKE EXHIBITS A AND B ATTACHED TO PLAINTIFF'S MOTION TO RECUSE** was served electronically and mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

                                                   AKIN & HERRON, P.A.

                                                   /s/ Bruce C. Herron
                                                 Bruce C. Herron
                                                 Attorney I.D. No.: 2315
                                                 1500 Shallcross Avenue
                                                 Suite 1-A
                                                 Wilmington, DE 19806
                                                 (302) 427-6987
                                                 Attorney for Defendant

H:\tmw5\data\files\Docs\3434.000\NOS\8195.wpd