IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS SMITH, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 98-639-JJF |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF

Defendant and requests permission to file a Memorandum of Points and Authorities in lieu of an opening brief pursuant to Dist. Ct. C.R. 7.1.2 (b). In support of his Motion, defendant states as follows:

1. Dist. Ct. L.R. 7.1.2(b) provides that "(t)he Court may order or the parties may agree to serve and file...statements of points and authorities in memorandum form in place of briefs."

2. The arguments set forth in Defendant's Motion to Strike do not require complex factual or legal analysis.

**WHEREFORE**, Defendant Baynard respectfully requests permission to file a Memorandum of Points and Authorities in Lieu of an Opening Brief.

                    AKIN & HERRON, P.A.

                /s/ Bruce C. Herron
                Bruce C. Herron
                I.D. No. 2315
                1500 Shallcross Avenue
                Suite 1-A
                Wilmington, DE 19806
                (302) 427-6987
                Attorneys for Defendant

**SO ORDERED THIS** \_\_\_\_\_ day of _____, 2007.

                _____
                United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) C.A. No. 98-639-JJF |
| EX-POLICE CHIEF GUY D. BAYNARD, | ) ) ) ) |
|     Defendant. | ) |

## NOTICE OF SERVICE

I **HEREBY CERTIFY** that on this 7th day of August, 2007, a copy of **DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN LIEU OF AN OPENING BRIEF** was served electronically and mailed first class upon the following party:

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975

                                     **AKIN & HERRON, P.A.**

                                     /s/ Bruce C. Herron
                                     Bruce C. Herron
                                     Attorney I.D. No.: 2315
                                     1500 Shallcross Avenue
                                     Suite 1-A
                                     Wilmington, DE 19806
                                     (302) 427-6987
                                     Attorney for Defendant

H:\tmw5\data\files\Docs\3434.000\NOS\8193.wpd