IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 98-639-JJF |
| | : |
| GUY D. BAYNARD, ET AL., | : |
| | : |
| Defendants. | : |

### ORDER

WHEREAS, on August 7, 2007, Defendant Guy D. Baynard filed a Motion For Leave To File Memorandum Of Points And Authorities In Lieu Of An Opening Brief (D.I. 146) requesting permission to file a memorandum in support of his Motion To Strike Exhibits A and B (D.I. 145);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion For Leave To File (D.I. 146) is **GRANTED**.

August 16, 2007

_____
UNITED STATES DISTRICT JUDGE