## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

| | |
|---|---|
| DENNIS SMITH<br>    PLAINTIFF<br><br>V.<br><br>EX - POLICE CHIEF GUY D. BAYNARD,<br>INDIVIDUALLY AS AGENT OF<br>FRANKFORD TOWNSHIP<br>    AND<br>FRANKFORD POLICE DEPARTMENT<br>    AND<br>JESSE TRUITT, INDIVIDUALLY AND AS<br>COUNCILMAN AND POLICE<br>COMMISSIONER, AND AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>ALBERT OLIVER, INDIVIDUALLY AND<br>AS COUNCILMAN, AND AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>STEVEN C. BROUGHT, INDIVIDUALLY AND<br>AS FORMER COUNCILMAN PRESIDENT,<br>AND AS AGENT FOR FRANKFORD<br>TOWNSHIP<br>    AND<br>KENNETH LYNCH, INDIVIDUALLY<br>AND COUNCILMAN AND AS AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>THOMAS W. ESENDER, INDIVIDUALLY<br>AND AS FORMER COUNCILMAN<br>PRESIDENT, AND AS AGENT FOR<br>FRANKFORD TOWNSHIP<br>    AND<br>THEODORE ELSER, INDIVIDUALLY AND<br>AS COUNCILMAN, AND AS AGENT FOR<br>FRANKFORD TOWNSHIP | Case No. **98 - 00639 JJF**<br><br><br><br><br><br><br><br>**"Federal Question(s)"**<br>**Illegally - Delayed**<br><br>**28 U.S.C.A. § 1331.** |

      DEFENDANTS                  )
                                                  )

Re; Continued "Obstruction(s)" of "Justice". "Memorandum of Law in direct – unequivocal total;

## "OPPOSITION"

To the meaningless, / vitreous, "Super – Transparent,' superficial – only purported, legal – like, Vel non document(s) thence forth apparently forwarded (via) Mr. Bruce C. Heron esq., { Vel non}

### Please Take LegaL Notice

To; Mr. Peter T. Dalleo, incumbent / Active Clerk; of this Notorious District of Delaware,.

To; The Honorable Staff of incumbent / Active Chief Judge Hon. "Gregory M. Sleet' – Sir;

02nd Legal Notice to Legally Avoid a link – chain continued / still continuing unrealistic on the record depraved mind – like super colluded / Conspiracy, **42 U.S.C.A § 1985(3). § 1981(a).**

### Please Review on the Record,.

I, Mr. Dennis L. Smith Pro se did in fact legally systematically file on; July 19th 2007 a very unique, lethal relevant / pertinent Motion to; "Legally,." As, Follow(s); To;

{01}. "Disqualify" the de facto; Hon. Vel non Federal Judge Joseph J. Farnan Jr., do to the fact, / fact(s) of this divisive – like connotation(s) of explicit unacceptable racial divide,.

And the exact, United States Code that legally was forwarded to this court,. Was to be filed / Docketed Heretofore / Hereunder; **28 U.S.C.A. § 455(b)(1), ONLY,.** In which / which is to be defined as Only as legally Federalized as written,.

To; Disqualify,. {03rd} - "Notice / {SAME}; The, repeated - repetitive issuable - defense based baseless game(s),. Of the so – called attorney for the culpable Town of Frankford,. Truly is Sickening,. And **so, so obvious** on the irrelevant - impertinent contrary,. Mr. Herron's track – record of games will legally end,. As soon as I get a Federal Judge who will adhere and Honorably legally uphold; **28 U.S.C.A. § 453**. In meaning yes all Federal Justice(s) / Judgeship(s) / Judge(s) are legally – lawfully sworn in; To be impartial unprejudiced, and to uphold the expeditious administration of Justice, and to be fair to the **RICH** and **POOR**,.

3

Update; this was sadly legally – lawfully docketed / initiated **November 16th 1998**,. And that ALONE speak(s) for ITSELF,.

Respectfully, Submitted,

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date August 17, 2007

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH                    :
                                   : C.A. No. 98 – 00639 JJF
                                   :
         Plaintiff,                :
                                   :
vs.                                :
                                   :
                                   :
EX – POLICE CHIEF GUY D.           :
BAYNARD, INDIVIDUALLY AND AS       :
AGENT OF FRANKFORD TOWNSHIP,       :
et al.,                            :
                                   :
         Defendants                :

### AFFIDAVIT OF DENNIS L. SMITH

STATES OF DELAWARE    :
                      : SS.
NEW CASTLE COUNTY     :

The, preceding - indelible truthful – statement(s) in the **MEMORANDUM OF LAW**, are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here – under;

28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.

_____        August 17, 2007
Dennis L. Smith                          Date

## CERTIFICATE OF SERVICE

      I hereby certify that two true copies of the **MEMORANDUM OF LAW** have been certified mailed or hand delivered on this \_\_17\_\_ day of August 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801-3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 2410 0001 0232 9836**

**Mr. Bruce C. Herron esq.**,
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 2410 0001 0239 0584**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith

_/s/ Dennis L. Smith_
Dennis L. Smith