**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE**

DENNIS SMITH
    PLAINTIFF             )
                          )      Case No. **98 - 00639 JJF**
                          )
V.                       )
                          )

EX - POLICE CHIEF GUY D. BAYNARD,  )
INDIVIDUALLY AS AGENT OF       )
FRANKFORD TOWNSHIP         )
    AND                  )
FRANKFORD POLICE DEPARTMENT   )
    AND                  )
JESSE TRUITT, INDIVIDUALLY AND AS  )     **"Federal Question(s)"**
COUNCILMAN AND POLICE        )       **Illegally - Delayed**
COMMISSIONER, AND AGENT FOR    )
FRANKFORD TOWNSHIP         )    **28 U.S.C.A.  §  1331.**
    AND                  )
ALBERT OLIVER, INDIVIDUALLY AND   )
AS COUNCILMAN, AND AGENT FOR    )
FRANKFORD TOWNSHIP         )
    AND                  )
STEVEN C. BROUGHT, INDIVIDUALLY AND )
AS FORMER COUNCILMAN PRESIDENT,  )
AND AS AGENT FOR FRANKFORD     )
TOWNSHIP                )
    AND                  )
KENNETH LYNCH, INDIVIDUALLY    )
AND COUNCILMAN AND AS AGENT FOR  )
FRANKFORD TOWNSHIP         )
    AND                  )
THOMAS W. ESENDER, INDIVIDUALLY  )
AND AS FORMER COUNCILMAN     )
PRESIDENT, AND AS AGENT FOR    )
FRANKFORD TOWNSHIP         )
    AND                  )
THEODORE ELSER, INDIVIDUALLY AND  )
AS COUNCILMAN, AND AS AGENT FOR  )
FRANKFORD TOWNSHIP         )

DEFENDANTS                                )
                                          )

## M O T I O N

### For, a Motion Inlimine,.

I, the Pro se injured fully involuntarily - "Heinously – "Wrongfully –

"Injured, / racially - invidiously - exploited - plaintiff,. I, do hereby Move

as ex parte – like { MOVANT}, and do hereby legally " REQUEST, / and

amicalby {SUMMON}, this "Federally – "Operated, court of law, To, at

{ALL}, {"DELIBERATE / SPEED"}, to immediatedy, in the {SOLE}, interest

of JUSTICE;

**S T R I K E, THE "VITREOUS, - "TRANSPARENT;** DEFENDANT, and

"Counsel'(s) – totally "Base – Less, and immaterial so – called Memorandum

of Point(s) and Authoritie(s), in vitreous - apparent support of Motion to

Strike Exhibit(s) A and B of plaintiff in which goes on eto erroneously

implicate / suggest that I had filed, a **{motion} to "Recuse,."** When in

fact,. I had legally filed, as legally written a genuine

**motion to Disqualify,.**

See; **28 U.S.C.A § 455(b)(1)**. As was, exactly filed / docketed

**Heretofore / Hereunder {Same},.**

Please Take Legal Notice, Ethic(s), Moral(s) and Integrity, shall finally be

the core / nucleus of this Federally owned and operated Tribunal as a

2

matter of law,. At least in this case to avoid any remote legal possibilities of 28 U.S.C.A. § 1404(a),. To, if need be, revitalize, the Fact, / fact(s), that I am truly - legally, "EQUAL, under "Federal – Law;

**In legal regards to plaintiff(s) A and B Exhibits,** in which Indubitably were directly stipulated, {via} Attorney Bruce C. Herron, clearly confirming and affirming the "Pendente lite" viability of the **November 15, 1996 false arrest** and the **December 14, 1996 false arrest**,. As a matter of Court – Record,. And as a Matter of "Equal Justice" under the law,.

**"Final / Last unequivocal – "NOTICE;**

**A, "Fully – "CONSTITUTIONAL – "VEHEMENT;**

**W R I T  O F  M A N D A M U S**, is truly "I M M I N E N T,.
Unless, some "Common ground, / "Fruit-ful "Settlement talk(s), including but not limited to; $ 90k, previously mentioned, and the Zoning – ISSUE,.

"Keeping, in mind; The fact, that "Compulsory – "Arbitration, could, Easily, finally end this "MESS,. What a "OBLOQUY !! .....

To; The, Elite "Staff, of Chief – Judge; Hon, GREGORY M. SLEET
PLEASE TAKE LEGAL: NOTICE;

"Your Honorable, "Office, has been "Given, "Manifest, "Legal – Notice, of

these heretofore "Obstruction(s) of "Justice,. And also, if either, of my crucial "Demonstrative / "Exact - evidence relevant / pertinent, lethal - factual Exhibit(s), " A " or " B " are illegally canned,. I, will be truly unlawfully prejudiced as s matter of "EQUAL - "JUSTICE, under the "Law,.

This wrongful de facto, continued illicit colluded - conspiracy MUST, end,. For JUSTICE, to "Prevail,.

Your high office has been posted, of the "Proscribed, de facto Conspiracy based "Miscarriage of "JUSTICE(s), (via) "OBSTRUCTION(S) of JUSTICE, that could easily, bring on Vicarious – liability,

**See 28 U.S.C.A. § 1442(a)(3).**

Respectfully, Submitted,

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date *August 17, 2007*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH                          :
                                         :    C.A. No. 98 – 00639  JJF
                                         :
            Plaintiff,                   :
                                         :
    vs.                                  :
                                         :
                                         :
EX – POLICE  CHIEF  GUY  D.              :
BAYNARD, INDIVIDUALLY  AND  AS  :
AGENT OF FRANKFORD TOWNSHIP, :
et al.,                                  :
                                         :
            Defendants                   :

## AFFIDAVIT  OF  DENNIS  L.  SMITH

STATES  OF  DELAWARE      :
                          : SS.
NEW  CASTLE  COUNTY       :

    The, preceding - indelible truthful – statement(s) in the **MOTION  INLIMINE**
are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in
full vehement compliance / Compliance(s) Here-with / Here -- under;

**28 U.S.C.A. § 1746**, and **18 U.S.C.A. § 1621**.

_Dennis L. Smith_                        _August 17, 2007_
Dennis L. Smith                          Date

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the **MOTION INLIMINE** have been certified mailed or hand delivered on this _____ day of August 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 2410 0001 0232 9836**

**Mr. Bruce C. Herron esq.,**
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 2410 0001 0239 0584**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

Dennis L. Smith