IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

Original

| | |
|---|---|
| DENNIS L. SMITH ) | |
| ) | |
| Plaintiff, ) | Case No. **98 - 00639 - JJF** |
| ) | |
| ) | **Federal Question(s)** |
| v. ) | See; 28 U.S.C.A. § 144. § 1343. |
| ) | "Arbitrary & Capricious" |
| ) | "Abuse of Authority- Despotic |
| ) | Malfeasance, Color of Authority, |
| ) | multiple Wrongful - "Ungodly" |
| ) | Manifest, - Repeated still ) |
| ) | continuing Violation(s); of J.J.F. |
| Frankford Township, & Terminated ) | |
| {former - notorious}, Chief of Police ) | |
| Guy D. Baynard et. Al, ) | |
| ) | |
| Defendant(s) | |

### "Motion" to Expedite

This request for Civil Action No. 98 - 639 to be legally, / ethically morally &

Constitutionally, - "Re - Assigned," to a totally Neutral Federal judge,. Of this

District, as a matter, of law,. This, imperative, substantive - motion, to "Expedite,

is in full "VEHEMENT - "FUNDAMENTAL - conjunction, herewith, here-under;

**28 U.S.C.A. § 144**. As, a matter, of law,. This, Motion, to "Legally, Morally,

"Ethically, "SPEED - "UP, this process, is fully constitutional,. And also, in full

conjunction; here-With; the Legally, forwarded; Motion, to "Vacate, at all

deliberate, "SPEED, the legal, lawful, judicial - "Power(s), of; The Hon. JJF,.

Shall, be " NO " more,. In this matter,.

1

If this " **Motion to Expedite** " is not granted it will be a **manifest injustice** and it would seem that this court CONDONES **Racial** and **Hateful** wrongdoings.

Respectfully, Submitted,

*[signature]*

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware  19975 - 0311

Date September 21, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Frankford Township, & Terminated ) <br> {former - notorious}, Chief of Police ) <br> Guy D. Baynard et. Al, ) <br> ) <br> Defendant(s) | Case No. **98 - 00639 - JJF** <br><br> **Federal Question(s)** <br> See; 28 U.S.C.A. § <u>144</u>. § 1343. <br> "Arbitrary & Capricious" <br> "Abuse of Authority- Despotic <br> Malfeasance, Color of Authority, <br> multiple Wrongful - "Ungodly" <br> Manifest, - Repeated still ) <br> continuing Violation(s); of J.J.F. |

## AFFIDAVIT OF DENNIS L. SMITH

STATES OF DELAWARE     :
                       : SS.
NEW CASTLE COUNTY      :

The, preceding - indelible truthful – statement(s) in the **Motion to Expedite**, are true to the best of my knowledge and belief(s); of; Dennis L. Smith and are in full vehement compliance / Compliance(s) Here-with / Here – under; 28 U.S.C.A. § 1746, and 18 U.S.C.A. § 1621.

_____          September 21, 2007
Dennis L. Smith                     Date

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the **MOTION to Expedite** have been certified mailed or hand delivered on this __2/__ day of September 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 2410 0001 0232 9843**

**Mr. Bruce C. Herron esq.**,
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899-5047
**Hand Delivered**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261-4120
**Certified Mail**
**7005 3110 0003 8874 4214**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith.

_____
Dennis L. Smith