**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE**

Orig1nal /

DENNIS L. SMITH  )
  )
  Plaintiff,  )       Case No. **98 - 00639 - JJF**
  )
  )
  )       **Federal Question(s)**
v.  )  **See; 28 U.S.C.A. § 144. § 1343.**
  )  **"Arbitrary & Capricious"**
  )  **"Abuse of Authority- Despotic**
  )   **Malfeasance, Color of Authority,**
  )   **multiple Wrongful - "Ungodly"**
  )   **Manifest, - Repeated still )**
  )   **continuing Violation(s); of J.J.F.**
Frankford Township, & Terminated  )
{former - notorious}, Chief of Police  )
Guy D. Baynard et. Al,  )
  )
  Defendant(s)  )

2001 SEP 21 PM 4:38
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

**"Emergency Imperative"
"Substantive"
Motion, to immediately "Vacate"**

Motion, to immediately "Vacate"and/or totally divest , all official incumbent

viable judicial - power(s), of the current super - super de facto; proven , - known

biased / prejudiced Hon. Vel non Questionable Federal - judge; Joseph J. Farnan

Jr., These Legal - document(s) in sequence are solely, to at all deliberate

constitutional, - {"Speed"}, to immediately, - "VACATE / Rid of the Notorious /

Despotic Hon. Vel non Joseph J. Farnan Jr., As, a matter, Of "Law,. ....

This "Emergency" - Imperative motion, {shall} be Constitutionally Honorably –

1

"Granted," in the lawful interest of Justice, & the "American - way," As a Matter

of Law,. And Hereby {shall} be, "Granted" also due to the following

substantiating truthful fact(s) and preponderance(s) of evidence, plus

inference(s) of Exact - Evidential Substantiative, factual - fact(s) , of

"Unconstitutional " - "Prohibited" / "Proscribed, " - Unquestionable wrongful –

wanton, "Biased," / "Prejudiced" behavior, of a de facto justice / judge of these

Democracy based United States of America Hon. Vel non Joseph J. Farnan Jr.,

**{A}.** De facto; Gravamen Hon. Joseph J. Farnan, who will be written,

thenceforth as; Hon. JJF; He has sadly, but unquestionably, - indubitably

wrongfully, but intentionally, repeatedly, violated; libertie(s) that I, at

birth did legally ascertain,. As a matter, of law,. As in my inalienable, -

systematic, - automatic, - Rudimentary, - fundamental, - Elemental, most

basic Honorable - "Liberty, to legally enjoy, the "ENFORCEMENT, of the

Honorable; "EQUAL: - "PROTECTION - { CLAUSE },. In, which, / which,

**I, am standing on**,. To, "Constitutionally, legally - { RID }, of the

possibly,  Bought - "OFF, vel non UNITED STATES judgeship, as in

GRAVAMEN - { SAME },. { Sic }, . ……. I, hereby, legally summon, to at all

"DELIBERATE  "SPEED, " RID, of the notorious, Hon. JJF,. As as "Matter,

of "EQUAL "PROTECTION, under the law{s},. …….. **See; 28 U.S.C.A.

§ 144.**

**{B}.  28 U.S.C.A. § 144**. In, which, / which exactly - exactly, notoriously,

2

but legally, easily specifically - { "APPLIES" }, In which is totally inconsistent, in my lawful, Full, inalienable,

**{C}.** Judge Farnan's very questionable "impartiality" was heretofore previously in questioned in my <u>**filed**</u> **July 19, 2007 motion 28 U.S.C.A. § 455(b)(1)**. This truth is enclosed in this motion , of Judge Farnan's "impartiality" ,. It, is so, so  Very, - very sad that, this active "FEDERAL – JUSTICE, intentionally /  But despotically, thought that he had slithered, stealthy around, his Illegal, - "Biased mess,. By, way of intentionally reviewing, the definition Of; **28 U.S.C.A. § 455**. As, basically giving his person, the **option**, toLegally, as a matter, of law,. **"STEP, "ASIDE**,..

**{D}.** <u>**KEY  TRUTH  ISSUE**</u> --- The Court / Judge Farnan is <u>**INVOLVED**</u> in the **FOUNDATION** of Plaintiff's settlement negotiations concerning the **November 15, 1996** <u>False Arrest</u> and the **December 14, 1996** <u>False Arrest</u>. See attached------------------------------------------- **Exhibit AAA**

**{E}.** Officer of the Court  Attorney, **Mr. Bruce  C.  Herron** is a <u>witness</u> to **"Exhibit  <u>A</u>** and **<u>B</u>** of My <u>**filed**</u> July 19, 2007 motion. Therefore Judge Farnan has Knowledge, and  the  one  who **allowed**, **only  the  TWO (2)** false  arrest  claims, concerning  the foundation of the settlement negotiation, but  Judge Farnan **<u>contradicts</u>** himself in his own **<u>CLARIFICATION</u>  court order dated July 5,  2007**,  by  **not**

3

**including** the mentioned above **November 15, 1996** <u>False Arrest</u>

See attached ------------------------- **Exhibit AAA**, and it's **Exhibit D**

3

**{F}**. **<u>TRICK and/or PLOT</u>** --- It is such an OBLOQUY , that de facto /

despotic Judge Farnan has a personal bias and/or bias and/or prejudice

against my person and which is patently violative , and of express

constitutional Prohibitions, and as a Matter of Law,. My inalienable U.S.

Constitutional 14th Amendment Privilege of**, due process must be**

**Upheld for equal justice under the law**,.

**Please Note**: Also a Manifest Injustice will be a viable issue,. If in fact the

Veteran , distinguished Illustrious / Eminent Attorney at Law Mr. Bruce C. Herron

systemically remotely denies his **scienter** of **Exhibits A and B** from July 19th

2007,. That were docketed in this court, under the Law.

**Please Take Notice:**

The following will be legally formally officially summoned, as a matter of

Equal Justice, under the law; if any { Vexatious – delay(s)} ensue in this

ridiculous, despotic – color of office / abuse of authority on the record

matter will be legally summoned.

1.    The United States Public Integrity section; in our Nation(s) Capital

2.    The office of the Inspector General also in our Nation(s) Capital.

      Phone direct line --- (202) 616 – 4760.

4

If this **Emergency – " Motion, to immediately Vacate"** is not granted, it will be a **manifest injustice** and it would seem that this court CONDONES <u>**Racial**</u> and <u>**Hateful**</u> wrongdoings.

Respectfully, Submitted,

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date September 2/ 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

DENNIS  L. SMITH )
)
           Plaintiff, )     Case No. **98 - 00639 - JJF**
)
)
)     **Federal Question(s)**
v. )   **See; 28 U.S.C.A. § 144. § 1343.**
)   **"Arbitrary & Capricious"**
)   **"Abuse of Authority- Despotic**
)    **Malfeasance, Color of  Authority,**
)     **multiple Wrongful - "Ungodly"**
)    **Manifest, - Repeated still )**
)    **continuing  Violation(s); of J.J.F.**
Frankford Township, & Terminated )
{former - notorious}, Chief of Police )
Guy D. Baynard et. Al, )
)
       Defendant(s)

### AFFIDAVIT  OF  DENNIS  L.  SMITH

STATES  OF  DELAWARE   :
                    : SS.
NEW CASTLE  COUNTY   :

This  legal affidavit is in, full compliance / compliance(s) herewith / Hereunder;

**28 U.S.C.A. § 1746. § 1331.** Concerning **"  Motion  to  immediately**

**Vacate"** Gravamen de facto / Hon. JJF.


**Re; 28 U.S.C.A. § 144.** This legal Affidavit, is in total , - Good faith; And is in

fact, far overdue solely / mainly due to the multiple, wrongful intentional –

unconstitutional due process infraction(s) of liberty & justice such as;

**(01)**. Bias, and (prejudice) of the de facto Hon. JJF of this Notorious, District of Delaware,.

**(02)**. Yes in my heart of heart(s), I do personally feel,. That Hon. JJF is against my person,. In Civil Action 98 - 639  JJF in which is totally inconsistent, with the mandated Rudimentary fundamental(s) with my inalienable due process priviledge,. To be treated fair,. See; **28 U.S.C.A. §  453**,.


There is absolutely "No", doubt in my mind ,. And of his still continuing breach(s) previously forwarded exact evidence exhibit(s) easily proven his unconstitutional "bias",. In which was only "covered - up",. By way of your(s) truly JJF. De facto judge that must go,. As a "Matter of Law",. Please Take Notice; The Honorable Rational basis test. Statue  **28 U.S.C.A. § 144**.

Hon. Joseph J. Farnan Jr. has unequivocally breached the very sacred oath that put him on the bench. That he swore to completely - automatically uphold.

**28 U.S.C.A. § 144**. does compel the service(s) of the Hon. JJF shall proceed "No" further therein,. I want this immediately legally enforced as a Matter of Law Also; He Hon. JJF is involved in **covering - up a illicit November  15, 1996 false Arrest incident,** That he clearly has had excess to review a VHS video tape and/or cassette  audio  tape and/or **Exhibits A** and **B** in my  filed  July 19,  2007  motion  per se involving beyond prima facie preponderance(s) of

factual very relevant pertinent evidence, that your(s) truly has committed.

**42 U.S.C.A. § 1985(3)**. Fact,......

September 2, 2007
Date

Dennis L. Smith

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the **MOTION to immediately Vacate** have been certified mailed or hand delivered on this ___7.1___ day of September 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 2410 0001 0232 9843**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7005 3110 0003 8874 4214**

**Mr. Bruce C. Herron esq.,**
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith,

Dennis L. Smith

Exhibit AAA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF DELAWARE

DENNIS SMITH
    PLAINTIFF )
)
                         Case No. **98 - 00639 JJF**
V. )
)
EX - POLICE CHIEF GUY D. BAYNARD, )
INDIVIDUALLY AS AGENT OF )
FRANKFORD TOWNSHIP )
    AND )
FRANKFORD POLICE DEPARTMENT )
    AND )
JESSE TRUITT, INDIVIDUALLY AND AS )    **"Federal Question(s)"**
COUNCILMAN AND POLICE )    **Illegally - Delayed**
COMMISSIONER, AND AGENT FOR )
FRANKFORD TOWNSHIP )    **28 U.S.C.A.  §  1331.**
    AND )
ALBERT OLIVER, INDIVIDUALLY AND )
AS COUNCILMAN, AND AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
STEVEN C. BROUGHT, INDIVIDUALLY AND )
AS FORMER COUNCILMAN PRESIDENT, )
AND AS AGENT FOR FRANKFORD )
TOWNSHIP )
    AND )
KENNETH LYNCH, INDIVIDUALLY )
AND COUNCILMAN AND AS AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
THOMAS W. ESENDER, INDIVIDUALLY )
AND AS FORMER COUNCILMAN )
PRESIDENT, AND AS AGENT FOR )
FRANKFORD TOWNSHIP )
    AND )
THEODORE ELSER, INDIVIDUALLY AND )
AS COUNCILMAN, AND AS AGENT FOR )
FRANKFORD TOWNSHIP )

DEFENDANTS                          )
                                    )

## Re: 28 U.S.C.A. § 455(b)(1).

## "Motion"

To at all deliberate " Speed; "

" Disqualify "

The current / incumbent **42 U.S.C.A. § 1985(3)**.

Biased / Prejudiced de facto presiding Judge;

The Hon. Joseph J. Farnan Jr., solely in the interest of " Justice ",.

I, the injured involuntarily, unconstitutionally, - **{teamed - up - against}** victim of ungodly
invidious discrimination(s) " plaintiff; " Mr. Dennis L. Smith,. Due hereby truly feel in
good faith that this, {over - due imperative} manifest relevant / pertinent **SUBSTANTIVE**
**" Motion** to **disqualify** Judge shall; {ISSUE} due to;

{01}. The incumbent presiding justice'(s), full vehement " knowledge; " that this {Civil –
Case}, has been " Pendente lite; " since; Nov. 16th, 1998, as a Matter of Law,.

{02}. The de facto , unethical, immoral, - " Despotic " current judge; Hon. Farnan, has
totally evaded, the very fabric of the mandate(s) of Art. III . Section 2. Of, our
Honorable; UNITED STATES CONSTITUTION, as well as **28 U.S.C.A. § 453**.

{03}. The constitutional expeditious administration of Justice , " DENIED ",. and therefore
ground(s) too,. To disqualify (same) Civil – Case pending since November 16, 1998 {Sic}.

{04}. The autoptic factual obloquy of tangible fact(s), that this case in total mutual
fairness, must end,. A.S.A.P. As a matter of " EQUAL JUSTICE, " Under the Law, and

2

is also substantiated {via} the following Prima facie **exhibits conspiracy sequence**; See and hear attached recorded tape **Exhibit A** for Detrimental Reliance issues, See attached **Exhibit B** for conspiracy plan, See attached **Exhibit C** of Attorney Bruce C. Herron's follow – up letter dated February 28, 2007 which is after this February 22, 2007 tape recording and see attached **Exhibit D** <u>clarification order,</u> which covered – up the **November 15, 1996** Prima facie false arrest.

## DECEIVING A PRO SE

Respectfully, Submitted,

Mr. Dennis L. Smith " Pro se "
P.O. Box 311
Selbyville, Delaware 19975 - 0311

Date _July 19, 2007_

3

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DENNIS L. SMITH                          :
                                         :      C.A. No. 98 – 00639  JJF
                                         :
              Plaintiff,                 :
                                         :
     vs.                                 :
                                         :
                                         :
EX – POLICE CHIEF GUY D.                 :
BAYNARD, INDIVIDUALLY AND AS  :
AGENT OF FRANKFORD TOWNSHIP, :
et al.,                                  :
                                         :
          Defendants                     :

### AFFIDAVIT OF DENNIS L. SMITH

STATES  OF  DELAWARE    :
                        : SS.
NEW  CASTLE  COUNTY     :


The,  preceding - indelible  truthful – statement(s)  in  the  **" 28  U.S.C.A. §**

**455(b)(1). Motion "** are  true  to  the  best  of  my  knowledge  and  belief(s);  of;  Dennis

L. Smith  and  are  in  full  vehement  compliance  /  Compliance(s)  Here-with  /  Here –

under;  **28  U.S.C.A.  §  1746,**  and  **18  U.S.C.A. §  1621.**

_____                    _____
Dennis L. Smith                                     Date  July 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that two true copies of the " **28 U.S.C.A. § 455(b)(1). Motion** " have been certified mailed or hand delivered on this _____/⁊_____ day of July 19, 2007, to defendants' counsel and the following addresses:

Judge Joseph J. Farnan, Jr.
Office of the Clerk
United States District Court
844 N. King Street, Lockbox **18**
Wilmington, DE 19801 -3570
**Hand Delivered**

The Honorable Robert Daisey, Mayor
of the Town of Frankford
P.O. Box 550
#5 Main Street
Frankford, Delaware 19945
**Certified Mail**
**7002 0460 0001 5101 7877**

**Ms. Dianna L. Mondeau**
Scottadale Insurance Company
P.O. Box 4120
Scottadale, AZ 85261 - 4120
**Certified Mail**
**7002 0460 0001 5101 7884**

**Mr. Bruce C. Herron esq.,**
1220 North Market Street # 300
P.O. Box 25047
Wilmington, Del., 19899 - 5047
**Hand Delivered**

**Notice:  Exhibit A, Tape Recording** only to this Court and Attorney Bruce C. Herron one copy.

All mentioned above, certified mailed or hand Delivered by Dennis L. Smith,

Dennis L. Smith



*Exhibit*
*A*

See Attached

Exhibit A

Tape Recording

Exhibit B

# EXHIBIT B

### Key understanding:  ONLY – about what the Judge done / stated, but now CONTRADICTS  him self

I (Mr. Dennis L. Smith ) do hereby acknowledge **to the court,** and the tortfeason

adversarie(s) that I had a **DETRIMENTAL RELIANCE TO THE FOLLOWING**

The True fact(s)

On a tape recording dated February 22, 2007, hear the **AGREEMENT** concerning civil
case No. 98 – 639 JJF, **TWO (2) FALSE ARREST** below:

On this tape mentioned above, Attorney Bruce C. Herron **as** an officer of the United

States **Federal** District Court of Wilmington, Delaware confirmed the following:

1. ( Attorney Bruce C. Herron ) confirmed, and I quote,  "... but what **Judge Farnan has done,** he dismissed all claims except for two (2); except for the two (2) relating to the arrest by Chief Baynard, so that's  **really,** those are the only issues that are out there." ( Mr. Dennis L. Smith ) agreed - " **YES"** ( Attorney Bruce C. Herron ) confirmed, and I quote,  " The **first one,** was the, ah the one in November, where you **called about** parking " ( Mr. Dennis L. Smith ) agreed - **"YES"**

2. ( Attorney Bruce C. Herron ) confirmed, " **There are two (2) claims here, two (2) false arrest..."** ————Note:  Hear this tape details on attached **Exhibit A, cassette tape**

Attorney Bruce C. Herron as a witness and a officer of the Unites States Federal court,
who confirmed that **Judge Joseph J. Farnan Jr.** and I, ( Mr. Dennis L. Smith ), all
are in the same agreement as to, two (2) false arrest only remaining in this case, which
are the **November 15,** 1996 and the **December 14,** 1996 arrest.

At the June 12, 2007 settlement meeting Attorney Bruce C. Herron stated for the first
time, that he believe(s) and I quote; that I (Mr. Dennis L. Smith) was falsely arrested
on November 15, 1996 or **we would not be** setting here in this meeting.

This **November 15, 1996** false arrest has been a **Prima Facie Case** since 1998 through
to this date.———————— ( **Evidence see video tape E20** )

# Vs

See page 2

Page 2

**Proscribed, Vexatious CONSPIRACY PLAN - 42 U.S.C.A. § 1985(3).**

Based on **officer / witness** of the court, **Attorney Bruce C. Herron's** recorded statements as mentioned above, therefore Judge Joseph J. Farnan Jr's **Clarification order** ( D.I. 140 ) **dated July 5, 2007** is **deceitful** by covering –up and not pointing out the **November 15, 1996 false arrest as** Attorney Bruce C. Herron and I ( Mr. Dennis L. Smith ) **AGREED on February 22, 2007, before this July 5, 2007 order.** In this Clarification order, see this quote from this Judge's order, and I quote, " WHEREAS, the court understands that its February 9, 2004, order (D.I. 88) granted the Defendants' Motion For Summary Judgment (D.I. 57 ) as to all of Plaintiff's claims except for Plaintiff's false arrest claim made pursuant to 42 U. S. C. § 1983 against Defendant Baynard relating to **the incidents of December 14, 1996;**...."

Judge Joseph J. Farnan Jr., and Attorney Bruce C. Herron had my **E20 Video Tape** and ex – police Chief Guy D. Baynard's **November 15, 1996 Affidavit of Probable Cause – Exhibit A and B,** with other **Evidences** for many years. Judge Joseph J. Farnan Jr., illegally allowed this case to be pending for approximately eight (8) years and illegally allowed a **Prima Facie November 15, 1996** false arrest, done by the Town of Frankford's ex – police Chief Guy D. Baynard to be covered – up and all **RESPONSIBLE** individuals that **HIRED** ex – police Chief Guy D. Baynard for a **FEE** , to go FREE of their Actionable Negligence.

All Lawyers and Judges must, Upholding the Constitution of the United States and must not unconstitutionally trick and/or deceive and/or partake of illegal act and/or acts against a Citizen Constitutional Right(s). More may be involved in this " conspiracy plan " which may have stated in 1994.

Clearly this **unfair " clarification order "** is design to help Attorney Bruce C. Herron, the Town of Frankford's government and ex - Police Chief Guy D. Baynard. ------- **Conspiracy against Rights    18 U.S.C.A. § 241**

*[signature]* Dennis J Smith    July 19, 2007

Exhibit C

*Exh 16 it*

# C

# AKIN & HERRON, P.A.

ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

February 28, 2007

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

> RE: **Dennis L. Smith v. Ex-Police Chief Guy D. Baynard**
>           **C.A. No. 98-639-JJF**

Dear Judge Farnan:

This is Defendant's Status Report as requested by the Court's letter of February 20, 2007.

I met with Mr. Smith last week to discuss possible settlement, as well as the option of private mediation. My clients are willing to consider private mediation. I believe the input of a neutral party would be helpful. I have forwarded my clients' written settlement proposal to Mr. Smith.

Based on the Court's Order of February 9, 2004 (D.I. 88) the only remaining defendant is Ex-Police Chief Baynard and plaintiff's only remaining claims are for false arrest. If we are unable to resolve the case in the next few weeks it is unlikely the case can be settled. Defendant therefore requests that the Court set a trial date with respect to the remaining claims.

                                        Respectfully submitted,
                                        /s/ Bruce C. Herron
                                        Bruce C. Herron
                                        Attorney for Defendant

BCH:tad
cc:   U.S. District Court Clerk (via first class mail)
      Mr. Dennis Smith (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\6878.wpd

Exhibit D

*Exhibit*
*D*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS L. SMITH, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 98-639-JJF |
| | : |
| GUY D. BAYNARD, ET AL., | : |
| | : |
| Defendants. | : |

## ORDER

WHEREAS, on May 16, 2007, Defendant Guy D. Baynard filed a Motion For Clarification Of The Court's February 9, 2004 Order, requesting that the Court clarify its Order and dismiss all claims except the false arrest claim against Defendant Baynard (D.I. 133);

WHEREAS, the Court understands that its February 9, 2004, Order (D.I. 88) granted the Defendants' Motion For Summary Judgment (D.I. 57) as to all of Plaintiff's claims except for Plaintiff's false arrest claim made pursuant to 42 U.S.C. § 1983 against Defendant Baynard relating to the incidents of December 14, 1996;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant Baynard's Motion For Clarification (D.I. 133) is **GRANTED**; a final judgment order as to the terminated Defendants and claims will be issued.

July 5, 2007

UNITED STATES DISTRICT JUDGE