IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS SMITH, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 98-639-JJF |
| EX-POLICE CHIEF GUY D. BAYNARD, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, a Revised Pretrial Order will be required in this action, and a Trial date must be scheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The parties shall submit a Revised Pretrial Order no later than **Friday, November 23, 2007.**

2. The parties shall discuss and advise the Court of their availability for trial in December 2007 or March 2008. Once a trial is scheduled, the Court will enter a Trial Management Order.

October 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE