# AKIN & HERRON, P.A.
### ATTORNEYS AT LAW

ROGER A. AKIN

BRUCE C. HERRON

ANN MARIE JOHNSON

1500 SHALLCROSS AVENUE
SUITE 1-A
WILMINGTON, DELAWARE 19806

(302) 655-5552
(302) 655-3697 FAX

Writer's Direct Dial
(302) 427-6987

www.rabhlaw.com

E-Mail
bch@rabhlaw.com

November 20, 2007

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

    **RE:  Dennis L. Smith v. Ex-Police Chief Guy D. Baynard**
          **C.A. No. 98-639-JJF**

Dear Judge Farnan:

    Pursuant to the Court's Order of October 31, 2007, enclosed is a revised Proposed Pre-Trial Order. I forwarded the Proposed Order to Mr. Smith. He has indicated that he will provide Plaintiff's input on Monday, November 26, 2007.

    I have also discussed with Mr. Smith trial availability in December, 2007 or March, 2008. I have informed Mr. Smith that my schedule and defendant's anticipated availability is better suited to a March, 2008 date. Mr. Smith has not given me his position on this matter.

                                  Respectfully submitted,
                                  /s/ Bruce C. Herron
                                  Bruce C. Herron
                                  Attorney for Defendant
                                  Attorney ID Number: 2315

BCH:tad
Enclosure
cc: U.S. District Court Clerk (w/encl.) (via first class mail)
    Mr. Dennis Smith (w/encl.) (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\9445.wpd