IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DENNIS SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 98-639-JJF |
| | : | |
| EX-POLICE CHIEF GUY D. BAYNARD, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, Plaintiff filed several documents with the caption, "In And For The 03rd Judicial Circuit Of These United States" and the heading, "Interlocutory Appeal" (D.I. 160, 161, 162);

WHEREAS, the Court construes each of these documents to be a Notice of Appeal directed to the Court of Appeals for the Third Circuit;

WHEREAS, the Court had requested the parties to submit a revised pretrial Order and advise the Court as to their availability for trial (D.I. 157);

WHEREAS, in light of Plaintiff's recent filings, the Court will temporarily stay this matter pending a decision by the Court of Appeals;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is **STAYED** pending a decision by the Court of Appeals for the Third Circuit on Plaintiff's recent filings.

December 11, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE