| | | |
|---|---|---|
| ROGER A. AKIN | **AKIN & HERRON, P.A.**<br>ATTORNEYS AT LAW | Writer's Direct Dial<br>(302) 427-6987 |
| BRUCE C. HERRON | 1500 SHALLCROSS AVENUE<br>SUITE 1-A<br>WILMINGTON, DELAWARE 19806 | www.rabhlaw.com |
| ANN MARIE JOHNSON | (302) 655-5552<br>(302) 655-3697 FAX | E-Mail<br>bch@rabhlaw.com |

March 27, 2008

**VIA ELECTRONIC FILING**
Honorable Joseph J. Farnan, Jr.
United States District Court Judge
United States District Court
844 N. King Street, 4th floor
Wilmington, DE 19801

      RE:   **Dennis L. Smith v. Ex-Police Chief Guy D. Baynard**
             **C.A. No. 98-639-JJF**

Dear Judge Farnan:

    I am pleased to report that the above case, which is currently on appeal in the Third Circuit, has been settled.

                              Respectfully submitted,

                              Bruce C. Herron
                            Attorney for Defendant
                            Attorney ID Number: 2315

BCH:tad
Enclosure
cc:  U.S. District Court Clerk (w/encl.) (via first class mail)
      Mr. Dennis Smith (w/encl.) (via first class mail)

H:\tmw5\data\files\Docs\3434.000\CORR\10694.wpd