# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

07-4516

Smith v. Baynard, et al

98-cv-00639

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Bruce C. Herron
Akin & Herron
1500 Shallcorss Avenue
Suite 1-A
Wilmington, DE 19806-0000

Mr. Dennis Lee Smith
P.O. Box 311
Selbyville, DE 19975-0000

Dated: March 31, 2008

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.